UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUE RELIGION APPAREL, INC.; GURU DENIM, INC.,

Plaintiffs,

v.

XIAOKANG LEI D/B/A TRUERELIGIONJEANS4OUTLET.COM; LIN JIANYU D/B/A TRUERELIGIONJEANSOUTLET8.COM; ZHAO YANG QU D/B/A TRUERELIGION2CHEAP.COM; RONGLIAN LU D/B/A TOPTRJEANS.COM; FORTRUERELIGIONJEANS.COM D/B/A FASHIONJEANSHOP@GMAIL.COM; XIN JIE KOU D/B/A TRUERELIGIONSALE.CO.UK; JIAQIAO LV D/B/A TRUERELIGION2CHEAP.COM; ZHAO YANG QU D/B/A TRUERELIGION2CHEAP.COM; WANGMING D/B/A JEANSWHOLESALING.COM; SERVICE@TRUERELIGIONLIKE.COM D/B/A OBCS001@HOTMAIL.COM D/B/A TRUERELIGIONLIKE.COM; CHEAPERTRUERELIGIONJEANS.NET D/B/A JACKROSEGATES@GMAIL.COM; XIAOYU CHEN D/B/A SH12345602@HOTMAIL.COM D/B/A CHEAPTRUERELIGIONJEANSOUTLETS.COM; LUCY KING D/B/A LUCYKING88@YAHOO.COM D/B/A MYFASHIONJEANS.COM; TOM SMITH D/B/A KICKSONFOOT@GMAIL.COM D/B/A BUYTRUERELIGIONJEANS.NET D/B/A QIQUWANG.NET; QIN KE D/B/A CHEAPTRUERELIGIONJEANSSALE@HOTMAIL.COM D/B/A MRSHUANG123@HOTMAIL.COM; TAN JUN D/B/A WORLD203@HOTMAIL.COM D/B/A BTWGOLD4@HOTMAIL.COM; JINGSHUN HUANG D/B/A HAOTIAN INTERNATIONAL INDUSTRIAL CO., LTD. D/B/A NIKECOOL.COM; CHEN JINSHAN D/B/A HONG KONG TIMES SQUARE TRADING CO., LTD. D/B/A V9MAIL.COM; CHEN ZHIFENG D/B/A ZHIF_CHEN@163.COM D/B/A HONG KONG JAVON TRADE LTD. D/B/A TINRUI.COM; LI FENGNIAN D/B/A FENG08183@SOHU.COM D/B/A CHEAP SKYS CO. LTD. D/B/A CHEAP-SKYS.COM; SHOES-GOOGLE CO., LTD. D/B/A GOTRADINGZONE.COM D/B/A GOTRADINGZONE@HOTMAIL.COM; GUOFANG XIAO

Case No. 11-Civ-8242 (HB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-11

D/B/A EMAIL598269039@QQ.COM D/B/A TONGHE TRADE CO., LTD. D/B/A THE9THSTREET.COM; BRANDSTRIBE CO., LTD. D/B/A BRANDSTRIBE.COM D/B/A ALICEWENNE@HOTMAIL.COM D/B/A SALES@BRANDSTRIBE.COM D/B/A BRANDSTRIBE@HOTMAIL.COM D/B/A BRANDSTRIBEINFO@YAHOO.COM; XUBEICHAO D/B/A TRADEMEMOMENT CO. LTD. D/B/A TRADEMOMENT.COM; YEMAO D/B/A SHUNYUAN INTERNATIONAL EXPORT CO. D/B/A TRADE88N.COM D/B/A TRADE88CN@HOTMAIL.COM; WANG FOYUN D/B/A FASHIONCHOOSE TRADE CO., LTD. D/B/A FASHIONCHOOSE.COM D/B/A WYZSHOES@HOTMAIL.COM; WWW.BESTKF.COM D/B/A WZJ886@LIVE.CN D/B/A WUQIUPING2004@163.CN; CHENZHONG D/B/A FASHION TRADING COMPANY D/B/A FASHION2011STORE.COM D/B/A ZOU1973@HOTMAIL.COM; ALLEN IEE D/B/A CHEER TRADE COMPANY D/B/A CHEERWHOLESALE.COM; LIN HAO D/B/A HONG KONG FAIRY INTERNATIONAL, LTD. D/B/A MORIVER-TRADE.COM D/B/A MOONRIVER-TRADE@HOTMAIL.COM; XIAO XU D/B/A TRADEVOID SHOES TRADING CO., LTD. D/B/A TRADEVOID.COM; HUANG JINFENG D/B/A HAPPY SPORTS INDUSTRY CO., LTD. D/B/A PENGFASHIONSHOES.COM; WEI JIANGGUANG D/B/A CHINARG002@126.COM D/B/A LONGFENG INDUSTRY CO., LTD. D/B/A LONGFENGTRADE.COM; XIAOFANG NI D/B/A WIWI TRADE CO., LTD. D/B/A WIWITRADE.COM D/B/A WIWITRADE@HOTMAIL.COM; CHEN ZIU SONG D/B/A LRGJEANS008@HOTMAIL.COM D/B/A JERSEY TRADE CO. LTD. D/B/A AAANBAJERSEY.COM; HONEST99896 D/B/A DAJIAHAO662009@HOTMAIL.COM; FERSHOUHELLO D/B/A XUHUAN0123@YAHOO.COM.CN; ZHAOMIN8898 D/B/A ZHAOMIN82@YAHOO.COM; TUNIAN1 D/B/A 402590112@QQ.COM; LINA669925 D/B/A YANGYINGHUI0123@YAHOO.COM.CN; AND TRUEYES85 D/B/A LYGANG2010@YAHOO.COM.CN, XYZ COMPANIES, AND JOHN AND JANE DOES,

Defendants.

**[PROPOSED] PRELIMINARY INJUNCTION ORDER**

2

Plaintiffs TRUE RELIGION APPAREL, INC. and GURU DENIM, INC. (collectively, "True Religion" or "Plaintiffs") having moved *ex parte* against Defendants XIAOKANG LEI d/b/a TRUERELIGIONJEANS4OUTLET.COM; LIN JIANYU d/b/a TRUERELIGIONJEANSOUTLET8.COM; ZHAO YANG QU d/b/a TRUERELIGION2CHEAP.COM; RONGLIAN LU d/b/a TOPTRJEANS.COM; FORTRUERELIGIONJEANS.COM d/b/a FASHIONJEANSHOP@GMAIL.COM; XIN JIE KOU d/b/a TRUERELIGIONSALE.CO.UK; JIAQIAO LV d/b/a TRUERELIGION2CHEAP.COM; ZHAO YANG QU d/b/a TRUERELIGION2CHEAP.COM; WANGMING d/b/a JEANSWHOLESALING.COM; SERVICE@TRUERELIGIONLIKE.COM d/b/a OBCS001@HOTMAIL.COM d/b/a TRUERELIGIONLIKE.COM; CHEAPERTRUERELIGIONJEANS.NET d/b/a JACKROSEGATES@GMAIL.COM; XIAOYU CHEN d/b/a SH12345602@HOTMAIL.COM d/b/a CHEAPTRUERELIGIONJEANSOUTLETS.COM; LUCY KING d/b/a LUCYKING88@YAHOO.COM d/b/a MYFASHIONJEANS.COM; TOM SMITH d/b/a KICKSONFOOT@GMAIL.COM d/b/a BUYTRUERELIGIONJEANS.NET d/b/a QIQUWANG.NET; QIN KE d/b/a CHEAPTRUERELIGIONJEANSSALE@HOTMAIL.COM d/b/a MRSHUANG123@HOTMAIL.COM; TAN JUN d/b/a WORLD203@HOTMAIL.COM d/b/a BTWGOLD4@HOTMAIL.COM; JINGSHUN HUANG d/b/a HAOTIAN INTERNATIONAL INDUSTRIAL CO., LTD. d/b/a NIKECOOL.COM; CHEN JINSHAN d/b/a HONG KONG TIMES SQUARE TRADING CO., LTD. d/b/a V9MAIL.COM; CHEN ZHIFENG d/b/a ZHIF_CHEN@163.COM d/b/a HONG KONG JAVON TRADE LTD. d/b/a TINRUI.COM; LI FENGNIAN D/B/A FENG08183@SOHU.COM D/B/A CHEAP SKYS CO. LTD. d/b/a CHEAP-SKYS.COM; SHOES-GOOGLE CO., LTD. d/b/a GOTRADINGZONE.COM d/b/a GOTRADINGZONE@HOTMAIL.COM; GUOFANG XIAO d/b/a

3

EMAIL598269039@QQ.COM d/b/a TONGHE TRADE CO., LTD. d/b/a THE9THSTREET.COM; BRANDSTRIBE CO., LTD. d/b/a BRANDSTRIBE.COM d/b/a ALICEWENNE@HOTMAIL.COM D/B/A SALES@BRANDSTRIBE.COM d/b/a BRANDSTRIBE@HOTMAIL.COM D/B/A BRANDSTRIBEINFO@YAHOO.COM; XUBEICHAO d/b/a TRADEMEMOMENT CO. LTD. d/b/a TRADEMOMENT.COM; YEMAO d/b/a SHUNYUAN INTERNATIONAL EXPORT CO. d/b/a TRADE88N.COM d/b/a TRADE88CN@HOTMAIL.COM; WANG FOYUN D/B/A FASHIONCHOOSE TRADE CO., LTD. d/b/a FASHIONCHOOSE.COM d/b/a WYZSHOES@HOTMAIL.COM; WWW.BESTKF.COM d/b/a WZJ886@LIVE.CN d/b/a WUQIUPING2004@163.CN; CHENZHONG d/b/a FASHION TRADING COMPANY d/b/a FASHION2011STORE.COM D/B/A ZOU1973@HOTMAIL.COM; ALLEN IEE d/b/a CHEER TRADE COMPANY d/b/a CHEERWHOLESALE.COM; LIN HAO d/b/a HONG KONG FAIRY INTERNATIONAL, LTD. d/b/a MORIVER-TRADE.COM d/b/a MOONRIVER-TRADE@HOTMAIL.COM; XIAO XU d/b/a TRADEVOID SHOES TRADING CO., LTD. d/b/a TRADEVOID.COM; HUANG JINFENG d/b/a HAPPY SPORTS INDUSTRY CO., LTD. d/b/a PENGFASHIONSHOES.COM; WEI JIANGGUANG d/b/a CHINARG002@126.COM d/b/a LONGFENG INDUSTRY CO., LTD. d/b/a LONGFENGTRADE.COM; XIAOFANG NI d/b/a WIWI TRADE CO., LTD. d/b/a WIWITRADE.COM d/b/a WIWITRADE@HOTMAIL.COM; CHEN ZIU SONG D/B/A LRGJEANS008@HOTMAIL.COM d/b/a JERSEY TRADE CO. LTD. d/b/a AAANBAJERSEY.COM; HONEST99896 d/b/a DAJIAHAO662009@HOTMAIL.COM; FERSHOUHELLO d/b/a XUHUAN0123@YAHOO.COM.CN; ZHAOMIN8898 d/b/a ZHAOMIN82@YAHOO.COM; TUNIAN1 d/b/a 402590112@QQ.COM; LINA669925 d/b/a YANGYINGHUI0123@YAHOO.COM.CN; AND TRUEYES85 d/b/a LYGANG2010@YAHOO.COM.CN, XYZ COMPANIES, AND JOHN AND JANE DOES

...

(collectively, "Defendants") for a Temporary Restraining Order, Order to Disable Certain Web Sites, Asset Restraining Order, Expedited Discovery Order and Order to Show Cause for Preliminary Injunction (collectively, the "Order") pursuant to Federal Rule of Civil Procedure 65 and the Trademark Act of 1946, 15 U.S.C. §§ 1051, *et seq.*, as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (October 12, 1984), the Anticybersquatting Consumer Protection Act of 1996, Pub. L. 104-153 (July 2, 1996), and the Prioritizing Resources and Organization for Intellectual Property Act of 2007, H.R. 4279 (October 13, 2008) (the "Lanham Act"), and the Copyright Act, 17 U.S.C. §§ 501, 17 U.S.C. § 106, *et. seq.*, for the reason that Defendants are distributing, offering for sale and/or selling, via the Internet, goods bearing counterfeit reproductions of the True Religion's federally registered trademarks and copyrights, as listed in True Religion's Complaint and incorporated herein by reference, which trademarks (collectively, the "TRUE RELIGION Marks") and copyrights (the "True Religion Copyrights") are owned and controlled by True Religion and used in connection with products listed in the True Religion's Complaint and incorporated herein by reference (collectively, the "True Religion Products"), and the Court having reviewed the Complaint, Memorandum of Law in support of the Order, supporting Declarations and exhibits submitted therewith, issued such an Order on November 17, 2011, and having found, *inter alia,* the following:

    1.    True Religion has demonstrated that it is entitled to injunctive relief by establishing that it is suffering irreparable harm and that it is likely to succeed on the merits of its claims;

    2.    With respect to irreparable harm, and taking into consideration the Second Circuit's recent adoption of a new standard for demonstrating irreparable harm in the context of copyright law (*Salinger v. Colting,* 607 F.3d 68, 77-78 (2d Cir. April 30, 2010) (following *eBay, Inc. v. MercExchange, L.L.C.* 547 U.S. 388, 390-1 (2006)), True Religion has demonstrated that it is likely to succeed in showing (a) that it is suffering irreparable injury in the absence of an

injunction based on Defendants' distribution, offering for sale and sale of counterfeits of the True Religion Products (b) that remedies at law, such as money damages, are inadequate to compensate for that injury, (c) that the balance of hardships tips in True Religion's favor and (d) that the public would not be disserved by the issuance of injunctive relief;

3. With respect to likelihood of success on the merits, True Religion has demonstrated that it is likely to succeed in showing that its TRUE RELIGION Marks and True Religion Copyrights are valid and protectable and entitled to protection;

4. Further with respect to likelihood of success on the merits, True Religion has demonstrated that it is likely to succeed in showing that Defendants are manufacturing, distributing, offering for sale and/or selling counterfeit products – including, *inter alia*, jeanswear, sportswear, accessories and other goods -- bearing counterfeits of the TRUE RELIGION Marks and True Religion Copyrights ("Counterfeit Products") to buyers in the United States, including in this Judicial District;

5. Further with respect to likelihood of success on the merits, True Religion has demonstrated that it is likely to succeed in showing that Defendants are selling Counterfeit Products by operating a network of web sites ("Defendants' Infringing Web Sites") resolving at various domain names, including, without limitation, domain names containing the TRUE RELIGION Marks (collectively, the "Infringing Domain Names");

6. The distribution, offering for sale and sale of Counterfeit Products will result in immediate and irreparable injury to True Religion if injunctive relief is not granted;

7. Defendants have gone to great lengths to conceal themselves and their ill-gotten proceeds from True Religion and this Court's detection including by using multiple false identities and addresses associated with their operations and purposely-deceptive contact information;

8. Defendants would likely destroy, move, hide or otherwise make the Counterfeit Products, Defendants' means of selling and distributing Counterfeit Products, financial accounts used in connection with the sale of Counterfeit Products, and business records relating thereto inaccessible to the Court if True Religion were to proceed on notice to Defendants, thus frustrating the ultimate relief True Religion seeks in this action; and

9. True Religion's harm from denial of the requested Order would outweigh any harm to Defendants' legitimate interests from granting such an Order; and

10. Since the time the Order was issued, True Religion has established that the following, previously unidentified, Infringing Web Sites are selling Counterfeit Products:

- attruereligionbrand.com
- besttruereligionjeans.com
- brandtshirt.com
- buytruereligionjeans.us
- cheaptruereligion.us
- cheaptruereligionjeansforsale.net
- cheaptruereligionjeanssale.net
- clothingshoes777.com
- dsquared2sale.net
- dsquared2sales.com
- faketruereligion.net
- poeon.com
- sale-truereligionjeans.org
- trjeansk.com
- truereligion1-jeans.com
- truereligionee.com
- truereligiones.com
- truereligionjeanoutlet1.com
- truereligionjeansdiscounted.com
- truereligionjeansforcheap.com
- truereligionoutlet.info
- uktruereligion.com
- ulstyle.com
- usa-jeans.com

and having identified and served the forgoing as XYZ Company Defendants.

11. Defendants, including the forgoing XYZ Company Defendants identified above, having each been served as of November 22, 2011 with the Order, Complaint, Summons and supporting papers, including notice of the show cause hearing to be held on November 30, 2011 at 11:00 a.m. in Courtroom 23B in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007; and

12. None of the Defendants has filed a response to True Religion's moving papers or otherwise appeared in this action;

THEREFORE, IT IS HEREBY ORDERED that Defendants, their officers, agents servants and employees and any persons in active concert or participation with them are preliminarily enjoined and restrained from:

> (i) using the TRUE RELIGION Marks and True Religion Copyrights or any reproduction, counterfeit, copy or colorable imitation of the TRUE RELIGION Marks and True Religion Copyrights in connection with the distribution, advertising, offer for sale and/or sale of merchandise not the genuine products of True Religion; and
>
> (ii) passing off, inducing or enabling others to sell or pass off any Counterfeit Products as and for True Religion Products; and
>
> (iii) shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner jeanswear, sportswear, accessories or other items falsely bearing the TRUE RELIGION Marks and True Religion Copyrights, or any reproduction, counterfeit, copy or colorable imitation of same; and
>
> (iv) utilizing the Infringing Domain Names and registering any additional domain names that use or incorporate any of the TRUE RELIGION Marks and True Religion Copyrights; and
>
> (v) operating and/or hosting Defendants' Infringing Web Sites.

ORDERED, that third parties providing services used in connection with Defendants' operations including, without limitation, Internet Service Providers ("ISP"), registrars, or online third-party selling platforms, having knowledge of this Order by service, actual notice or otherwise be, and are, hereby preliminarily enjoined from providing services to any Defendant in conjunction with any of the acts set forth in subparagraphs (i)-(v) above; and it is further

ORDERED that in accordance with 15 U.S.C. § 1116(a) and this Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, that the asset restraint provisions contained in the Order shall remain in place until the

disposition of this action as to Defendants and their officers, servants, employees and agents and any persons in active concert or participation with them, and any banks, savings and loan associations, payment processors or other financial institutions, including without limitation PayPal, Inc. ("PayPal"), or other merchant account providers, payment providers, or third party processors for any Defendant, any of Defendants' operations, Defendants' Infringing Web Sites or for any other website owned or controlled by Defendants, who receive actual notice of this Preliminary Injunction Order, shall immediately locate all accounts connected to Defendants or Defendants' Infringing Web Sites and that such accounts be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets, not allowing such funds to be transferred or withdrawn, and not allowing other diminutions to be made by Defendants from such accounts pending further order from this Court; and it is further

ORDERED that upon two (2) business day's written notice to the Court and True Religion's counsel, any Defendant may, upon proper showing, appear and move for the dissolution or modification of the provisions of this Preliminary Injunction Order concerning the restriction upon transfer of such Defendant's assets; and it is further

ORDERED that True Religion may continue to obtain expedited discovery by providing actual notice, pursuant to subpoena or otherwise, of this Preliminary Injunction Order to any of the following: (1) Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them; (2) any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, PayPal, or other merchant account providers, payment providers, third party processors, credit card associations (e.g., MasterCard and VISA), which receive payments or hold assets on Defendants' behalf; and (3) any third party service providers, including without limitation, ISPs, back-end service providers, web designers, sponsored search engine or ad-word providers, shippers, domain name

registrars, domain name registries or online third-party selling who have provided services for Defendants; and it is further

ORDERED that, in accordance with 15 U.S.C. § 1116(a) and this Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, the domain name registries, including but not limited to VeriSign, Inc., NeuStar, Inc., Affilias Limited and Public Interest Registry and/or the individual registrars holding or listing one or more domain names used in conjunction with Defendants' Infringing Web Site, including those set forth in Exhibit 1 attached hereto, disable and/or continue to disable the Defendants' Infringing Web Sites, through a registry hold or otherwise, and make them inactive and untransferable pending further order from this Court; and it is further

ORDERED that, in accordance with 15 U.S.C. § 1116(a) and this Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, any third party providing services in connection with any Defendant and/or Defendants' websites, including without limitation ISPs, back-end service providers, affiliate program providers, web designers, and sponsored search engine or ad-word providers, shall immediately temporarily disable service to any and all Defendants' Infringing Web Sites; and it is further

ORDERED, that any third party providing services in connection with any Defendant and/or Defendants' Infringing Web Sites, including without limitation, ISPs, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers including PayPal, third party processors and other payment processing services, shippers, domain name registrars, domain name registries and online third-party selling platforms (collectively "Third Party Providers") shall within seven (7) days after receipt of such notice, provide copies of all documents and records in such person or entity's possession or control relating to:

(a)     The identities and addresses of Defendants, their agents, servants, employees, confederates, and any persons acting in concert or participation with them and the locations and identities of Defendants' operations, including without limitation, identifying information associated with Defendants' websites, Infringing Domain Names and financial accounts;

(b)     Defendants' Infringing Web Sites;

(c)     The Infringing Domain Names or any domain name registered by Defendants; and

(d)     Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, PayPal, Western Union, or other merchant account providers, payment providers, third party processors, credit card associations (e.g., MasterCard and VISA); and it is further

ORDERED, that True Religion may continue to serve process on Defendants by registered electronic mail at Defendants' email addresses, as listed in the Order, which True Religion has demonstrated will provide adequate notice to Defendants pursuant to Fed. R. Civ. P. 4, as well as by attempting service at any other email addresses identified through expedited discovery as belonging to or associated with any Defendant; and it is further

ORDERED that the seal on this action is hereby removed; and it is finally

ORDERED that this Preliminary Injunction Order shall remain in effect until disposition of this action.

SIGNED this 30th day of November, 2011.

_____
THE HONORABLE HAROLD BAER, JR.

# EXHIBIT 1
# TO THE [PROPOSED] PRELIMINARY INJUNCTION ORDER

| Infringing Websites |
|---|
| aaanbajersey.com |
| attruereligionbrand.com |
| bagsoutletss.com |
| bestkf.com |
| besttruereligionjeans.com |
| brandjeansonline.org |
| brandstribe.com |
| brandtshirt.com |
| buytruereligionjeans.net |
| buytruereligionjeans.us |
| cheapertruereligionjeans.com |
| cheapertruereligionjeans.net |
| cheapjeanssale2.com |
| cheapjeanstruereligion.info |
| cheap-skys.com |
| cheaptruereligion.co.uk |
| cheaptruereligion.us |
| cheaptruereligion8.com |
| cheaptrue-religionjeans.com |
| cheap-true-religion-jeans.com |
| cheaptruereligionjeans2.com |
| cheaptruereligionjeans2011.com |
| cheaptruereligionjeans2u.com |
| cheaptruereligionjeansforsale.net |
| cheaptruereligionjeansoutlets.com |
| cheaptruereligionjeansoutlets.net |
| cheaptruereligionjeans-sale.com |
| cheaptruereligionjeanssale.net |
| cheaptruereligionjeanssale.net |
| cheaptruereligionjeanssale.org |
| cheaptruereligionsjeans.info |
| cheerwholesale.com |
| clothingshoes777.com |
| cyberdealing.com |
| discounttrjeans.com |
| dsquared2sale.net |
| dsquared2sales.com |
| faketruereligion.net |
| fashionchoose.com |
| fashionjeanshop.com |

13

| |
|---|
| fortruereligionjeans.com |
| franklinmarshalls.com |
| gotradingzone.com |
| inttopbrand.com |
| jeans-true-religion.com |
| jeans-true-religions.com |
| jeanswholesaling.com |
| longfengtrade.com |
| moriver-trade.com |
| mycheaptruereligionjeans.com |
| myfashionjeans.com |
| nikecool.com |
| outlet-jeans.com |
| pengfashionshoes.com |
| poeon.com |
| qiquwang.net |
| religionoutlets.com |
| sale-truereligionjeans.org |
| saletruereligionsjeans.info |
| the9thstreet.com |
| tinrui.com |
| toptrjeans.com |
| toptruereligionjeans.com |
| toshoesa.com |
| trade88cn.com |
| trademoment.com |
| tradevoid.com |
| trjeansk.com |
| truereligion1-jeans.com |
| truereligion2cheap.com |
| truereligion2sale.com |
| truereligion4outlet.com |
| truereligion4sale.com |
| truereligionbrandjeansstore.com |
| truereligion-cheap.com |
| truereligionee.com |
| truereligiones.com |
| truereligionjeanoutlet1.com |
| truereligionjeans2sale.com |
| truereligionjeans4outlet.com |
| truereligionjeans4sale.com |

| |
|---|
| truereligionjeansbox.com |
| truereligionjeansdiscounted.com |
| truereligionjeansforcheap.com |
| truereligionjeans-outlet.cc |
| true-religion-jeans-outlet.com |
| truereligionjeans-outlet.info |
| truereligionjeansoutlet8.com |
| truereligionjeans-outlets1.info |
| truereligionjeanssale.cc |
| truereligionjeanssales.com |
| truereligionjeansus.net |
| truereligionlike.com |
| truereligionoutlet.cc |
| truereligion-outlet.cc |
| truereligionoutlet.info |
| truereligionoutlet3.com |
| truereligionoutlet8.com |
| truereligionoutletjeans.cc |
| truereligionoutletjeans.info |
| truereligion-outletjeans.info |
| truereligionoutletjeans-new.info |
| truereligionoutlet-sale.com |
| truereligionoutletusa.com |
| truereligionsale.co.uk |
| truereligionsoutlets2011.net |
| uktruereligion.com |
| ulstyle.com |
| usa-jeans.com |
| v9mall.com |
| wiwitrade.com |
| world203.com |