UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUE RELIGION APPAREL, INC.; GURU DENIM, INC.,

        Plaintiffs,

v.

XIAOKANG LEI D/B/A TRUERELIGIONJEANS4OUTLET.COM; LIN JIANYU D/B/A TRUERELIGIONJEANSOUTLET8.COM; ZHAO YANG QU D/B/A TRUERELIGION2CHEAP.COM; RONGLIAN LU D/B/A TOPTRJEANS.COM; FORTRUERELIGIONJEANS.COM D/B/A FASHIONJEANSHOP@GMAIL.COM; XIN JIE KOU D/B/A TRUERELIGIONSALE.CO.UK; JIAQIAO LV D/B/A TRUERELIGION2CHEAP.COM; ZHAO YANG QU D/B/A TRUERELIGION2CHEAP.COM; WANGMING D/B/A JEANSWHOLESALING.COM; SERVICE@TRUERELIGIONLIKE.COM D/B/A OBCS001@HOTMAIL.COM D/B/A TRUERELIGIONLIKE.COM; CHEAPERTRUERELIGIONJEANS.NET D/B/A JACKROSEGATES@GMAIL.COM; XIAOYU CHEN D/B/A SH12345602@HOTMAIL.COM D/B/A CHEAPTRUERELIGIONJEANSOUTLETS.COM; LUCY KING D/B/A LUCYKING88@YAHOO.COM D/B/A MYFASHIONJEANS.COM; TOM SMITH D/B/A KICKSONFOOT@GMAIL.COM D/B/A BUYTRUERELIGIONJEANS.NET D/B/A QIQUWANG.NET; QIN KE D/B/A CHEAPTRUERELIGIONJEANSSALE@HOTMAIL.COM D/B/A MRSHUANG123@HOTMAIL.COM; TAN JUN D/B/A WORLD203@HOTMAIL.COM D/B/A BTWGOLD4@HOTMAIL.COM; JINGSHUN HUANG D/B/A HAOTIAN INTERNATIONAL INDUSTRIAL CO., LTD. D/B/A NIKECOOL.COM; CHEN JINSHAN D/B/A HONG KONG TIMES SQUARE TRADING CO., LTD. D/B/A V9MAIL.COM; CHEN ZHIFENG D/B/A ZHIF_CHEN@163.COM D/B/A HONG KONG JAVON TRADE LTD. D/B/A TINRUI.COM; LI FENGNIAN D/B/A FENG08183@SOHU.COM D/B/A CHEAP SKYS CO. LTD. D/B/A CHEAP-SKYS.COM; SHOES-GOOGLE

Civil Action No. 11-cv-8242 (HB)

[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 7
DATE FILED: 12/2/11

CO., LTD. D/B/A GOTRADINGZONE.COM D/B/A GOTRADINGZONE@HOTMAIL.COM; GUOFANG XIAO D/B/A EMAIL598269039@QQ.COM D/B/A TONGHE TRADE CO., LTD. D/B/A THE9THSTREET.COM; BRANDSTRIBE CO., LTD. D/B/A BRANDSTRIBE.COM D/B/A ALICEWENNE@HOTMAIL.COM D/B/A SALES@BRANDSTRIBE.COM D/B/A BRANDSTRIBE@HOTMAIL.COM D/B/A BRANDSTRIBEINFO@YAHOO.COM; XUBEICHAO D/B/A TRADEMEMOMENT CO. LTD. D/B/A TRADEMOMENT.COM; YEMAO D/B/A SHUNYUAN INTERNATIONAL EXPORT CO. D/B/A TRADE88N.COM D/B/A TRADE88CN@HOTMAIL.COM; WANG FOYUN D/B/A FASHIONCHOOSE TRADE CO., LTD. D/B/A FASHIONCHOOSE.COM D/B/A WYZSHOES@HOTMAIL.COM; WWW.BESTKF.COM D/B/A WZJ886@LIVE.CN D/B/A WUQIUPING2004@163.CN; CHENZHONG D/B/A FASHION TRADING COMPANY D/B/A FASHION2011STORE.COM D/B/A ZOU1973@HOTMAIL.COM; ALLEN IEE D/B/A CHEER TRADE COMPANY D/B/A CHEERWHOLESALE.COM; LIN HAO D/B/A HONG KONG FAIRY INTERNATIONAL, LTD. D/B/A MORIVER-TRADE.COM D/B/A MOONRIVER-TRADE@HOTMAIL.COM; XIAO XU D/B/A TRADEVOID SHOES TRADING CO., LTD. D/B/A TRADEVOID.COM; HUANG JINFENG D/B/A HAPPY SPORTS INDUSTRY CO., LTD. D/B/A PENGFASHIONSHOES.COM; WEI JIANGGUANG D/B/A CHINARG002@126.COM D/B/A LONGFENG INDUSTRY CO., LTD. D/B/A LONGFENGTRADE.COM; XIAOFANG NI D/B/A WIWI TRADE CO., LTD. D/B/A WIWITRADE.COM D/B/A WIWITRADE@HOTMAIL.COM; CHEN ZIU SONG D/B/A LRGJEANS008@HOTMAIL.COM D/B/A JERSEY TRADE CO. LTD. D/B/A AAANBAJERSEY.COM; HONEST99896 D/B/A DAJIAHAO662009@HOTMAIL.COM; FERSHOUHELLO D/B/A XUHUAN0123@YAHOO.COM.CN; ZHAOMIN8898 D/B/A ZHAOMIN82@YAHOO.COM; TUNIAN1 D/B/A 402590112@QQ.COM; LINA669925 D/B/A YANGYINGHUI0123@YAHOO.COM.CN; AND TRUEYES85 D/B/A LYGANG2010@YAHOO.COM.CN,

XYZ COMPANIES, AND JOHN AND JANE DOES,

Defendants.

**TEMPORARY RESTRAINING ORDER, ORDER TO DISABLE CERTAIN WEB SITES, ASSET RESTRAINING ORDER, EXPEDITED DISCOVERY ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

Plaintiffs TRUE RELIGION APPAREL, INC. and GURU DENIM, INC. (collectively, "True Religion" or "Plaintiffs") having moved *ex parte* against Defendants XIAOKANG LEI d/b/a TRUERELIGIONJEANS4OUTLET.COM; LIN JIANYU d/b/a TRUERELIGIONJEANSOUTLET8.COM; ZHAO YANG QU d/b/a TRUERELIGION2CHEAP.COM; RONGLIAN LU d/b/a TOPTRJEANS.COM; FORTRUERELIGIONJEANS.COM d/b/a FASHIONJEANSHOP@GMAIL.COM; XIN JIE KOU d/b/a TRUERELIGIONSALE.CO.UK; JIAQIAO LV d/b/a TRUERELIGION2CHEAP.COM; ZHAO YANG QU d/b/a TRUERELIGION2CHEAP.COM; WANGMING d/b/a JEANSWHOLESALING.COM; SERVICE@TRUERELIGIONLIKE.COM d/b/a OBCS001@HOTMAIL.COM d/b/a TRUERELIGIONLIKE.COM; CHEAPERTRUERELIGIONJEANS.NET d/b/a JACKROSEGATES@GMAIL.COM; XIAOYU CHEN d/b/a SH12345602@HOTMAIL.COM d/b/a CHEAPTRUERELIGIONJEANSOUTLETS.COM; LUCY KING d/b/a LUCYKING88@YAHOO.COM d/b/a MYFASHIONJEANS.COM; TOM SMITH d/b/a KICKSONFOOT@GMAIL.COM d/b/a BUYTRUERELIGIONJEANS.NET d/b/a QIQUWANG.NET; QIN KE d/b/a CHEAPTRUERELIGIONJEANSSALE@HOTMAIL.COM d/b/a MRSHUANG123@HOTMAIL.COM; TAN JUN d/b/a WORLD203@HOTMAIL.COM d/b/a BTWGOLD4@HOTMAIL.COM; JINGSHUN HUANG d/b/a HAOTIAN INTERNATIONAL INDUSTRIAL CO., LTD. d/b/a NIKECOOL.COM; CHEN JINSHAN d/b/a

HONG KONG TIMES SQUARE TRADING CO., LTD. d/b/a V9MAIL.COM; CHEN ZHIFENG d/b/a ZHIF_CHEN@163.COM d/b/a HONG KONG JAVON TRADE LTD. d/b/a TINRUI.COM; LI FENGNIAN D/B/A FENG08183@SOHU.COM D/B/A CHEAP SKYS CO. LTD. d/b/a CHEAP-SKYS.COM; SHOES-GOOGLE CO., LTD. d/b/a GOTRADINGZONE.COM d/b/a GOTRADINGZONE@HOTMAIL.COM; GUOFANG XIAO d/b/a EMAIL598269039@QQ.COM d/b/a TONGHE TRADE CO., LTD. d/b/a THE9THSTREET.COM; BRANDSTRIBE CO., LTD. d/b/a BRANDSTRIBE.COM d/b/a ALICEWENNE@HOTMAIL.COM D/B/A SALES@BRANDSTRIBE.COM d/b/a BRANDSTRIBE@HOTMAIL.COM D/B/A BRANDSTRIBEINFO@YAHOO.COM; XUBEICHAO d/b/a TRADEMEMOMENT CO. LTD. d/b/a TRADEMOMENT.COM; YEMAO d/b/a SHUNYUAN INTERNATIONAL EXPORT CO. d/b/a TRADE88N.COM d/b/a TRADE88CN@HOTMAIL.COM; WANG FOYUN D/B/A FASHIONCHOOSE TRADE CO., LTD. d/b/a FASHIONCHOOSE.COM d/b/a WYZSHOES@HOTMAIL.COM; WWW.BESTKF.COM d/b/a WZJ886@LIVE.CN d/b/a WUQIUPING2004@163.CN; CHENZHONG d/b/a FASHION TRADING COMPANY d/b/a FASHION2011STORE.COM D/B/A ZOU1973@HOTMAIL.COM; ALLEN IEE d/b/a CHEER TRADE COMPANY d/b/a CHEERWHOLESALE.COM; LIN HAO d/b/a HONG KONG FAIRY INTERNATIONAL, LTD. d/b/a MORIVER-TRADE.COM d/b/a MOONRIVER-TRADE@HOTMAIL.COM; XIAO XU d/b/a TRADEVOID SHOES TRADING CO., LTD. d/b/a TRADEVOID.COM; HUANG JINFENG d/b/a HAPPY SPORTS INDUSTRY CO., LTD. d/b/a PENGFASHIONSHOES.COM; WEI JIANGGUANG d/b/a CHINARG002@126.COM d/b/a LONGFENG INDUSTRY CO., LTD. d/b/a LONGFENGTRADE.COM; XIAOFANG NI d/b/a WIWI TRADE CO., LTD. d/b/a WIWITRADE.COM d/b/a WIWITRADE@HOTMAIL.COM; CHEN ZIU SONG D/B/A LRGJEANS008@HOTMAIL.COM d/b/a JERSEY TRADE CO.

LTD. d/b/a AAANBAJERSEY.COM; HONEST99896 d/b/a DAJIAHAO662009@HOTMAIL.COM; FERSHOUHELLO d/b/a XUHUAN0123@YAHOO.COM.CN; ZHAOMIN8898 d/b/a ZHAOMIN82@YAHOO.COM; TUNIAN1 d/b/a 402590112@QQ.COM; LINA669925 d/b/a YANGYINGHUI0123@YAHOO.COM.CN; AND TRUEYES85 d/b/a LYGANG2010@YAHOO.COM.CN, XYZ COMPANIES, AND JOHN AND JANE DOES (collectively, "Defendants") for a Temporary Restraining Order, Order to Disable Certain Web Sites, Asset Restraining Order, Expedited Discovery Order and Order to Show Cause for Preliminary Injunction (collectively, the "Order") pursuant to Federal Rule of Civil Procedure 65 and the Trademark Act of 1946, 15 U.S.C. §§ 1051, *et seq.*, as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (October 12, 1984), the Anticybersquatting Consumer Protection Act of 1996, Pub. L. 104-153 (July 2, 1996), and the Prioritizing Resources and Organization for Intellectual Property Act of 2007, H.R. 4279 (October 13, 2008) (the "Lanham Act"), and the Copyright Act, 17 U.S.C. §§ 501, 17 U.S.C. § 106, *et. seq.*, for the reason that Defendants are distributing, offering for sale and/or selling, via the Internet, goods bearing counterfeit reproductions of the True Religion's federally registered trademarks and copyrights, as listed in True Religion's Complaint filed concurrently herewith and incorporated herein by reference, which trademarks (collectively, the "TRUE RELIGION Marks") and copyrights (the "True Religion Copyrights") are owned and controlled by the True Religion and used in connection with products listed in True Religion's Complaint and incorporated herein by reference (collectively, the "True Religion Products"), and the Court having reviewed the Complaint, Memorandum of Law in support of the Order, supporting Declarations and exhibits submitted herewith, finds:

1.  True Religion has demonstrated that it is entitled to injunctive relief by establishing that it is suffering irreparable harm and that it is likely to succeed on the merits of its claims;

2.  With respect to likelihood of success on the merits, True Religion has demonstrated that it is likely to succeed in showing that its TRUE RELIGION Marks and True Religion Copyrights are valid and protectable and entitled to protection;

3.  Further with respect to likelihood of success on the merits, True Religion has demonstrated that it is likely to succeed in showing that Defendants are manufacturing, distributing, offering for sale and/or selling counterfeit products -- including, *inter alia*, jeanswear, sportswear, accessories and other goods -- bearing counterfeits of the TRUE RELIGION Marks and True Religion Copyrights ("Counterfeit Products") to buyers in the United States, including in this Judicial District;

4.  Further with respect to likelihood of success on the merits, True Religion has demonstrated that it is likely to succeed in showing Defendants are selling Counterfeit Products by operating a network of web sites ("Defendants' Infringing Web Sites") resolving at various domain names set forth in **Exhibit 1** attached hereto, including, without limitation, the following domain names containing the TRUE RELIGION Marks:

1. truereligionjeans4outlet.com
2. cheapertruereligionjeans.com
3. truereligionjeans2sale.com
4. truereligionoutlet-sale.com
5. truereligion4outlet.com
6. truereligionsoutlets2011.net
7. truereligionjeansoutlet8.com
8. jeans-true-religions.com
9. cheaptruereligionjeanssale.org
10. truereligionjeansbox.com
11. cheaptruereligionjeans2.com
12. truereligionjeans-outlets1.info
13. truereligionoutlet3.com
14. cheaptrue-religionjeans.com
15. truereligionoutlet8.com
16. cheaptruereligionjeanssale.net
17. truereligionjeanssales.com
18. true-religion-jeans-outlet.com
19. cheaptruereligion8.com
20. cheapjeanstruereligion.info
21. toptruereligionjeans.com
22. cheaptruereligionsjeans.info

23. fortruereligionjeans.com
24. saletruereligionsjeans.info
25. truereligionsale.co.uk
26. truereligionjeans-outlet.cc
27. cheaptruereligion.co.uk
28. truereligionjeans-outlet.info
29. truereligion2cheap.com
30. truereligionjeans-outlets1.info
31. truereligion-cheap.com
32. truereligion-outlet.cc
33. truereligion2sale.com
34. truereligionoutletjeans.info
35. truereligionlike.com
36. truereligion-outletjeans.info
37. cheapertruereligionjeans.net
38. truereligionoutletjeans.cc
39. cheaptruereligionjeans2u.com
40. truereligionjeanssale.cc
41. cheaptruereligionjeans2011.com
42. truereligionoutlet.cc
43. truereligionoutletusa.com
44. jeans-true-religion.com
45. cheaptruereligionjeans-sale.com
46. truereligionoutletjeans-new.info
47. truereligionjeansbox.com
48. jeans-true-religions.com
49. truereligionjeans4sale.com
50. truereligionbrandjeansstore.com
51. mycheaptruereligionjeans.com
52. cheaptruereligionjeanssale.net
53. cheaptruereligionjeansoutlets.com
54. cheaptrue-religionjeans.com
55. cheaptruereligionjeansoutlets.net
56. cheap-true-religion-jeans.com
57. buytruereligionjeans.net
58. truereligion4sale.com

(collectively, the "Infringing Domain Names");

5. The distribution, offering for sale and sale of Counterfeit Products will result in immediate and irreparable injury to True Religion if injunctive relief is not granted;

6. Defendants have gone to great lengths to conceal themselves and their ill-gotten proceeds from True Religion's and this Court's detection including by using multiple false identities and addresses associated with their operations and purposely-deceptive contact information;

7. If True Religion were to proceed on notice to Defendants, Defendants would likely destroy, move, hide or otherwise make the Counterfeit Products, Defendants' means of selling and distributing Counterfeit Products, financial accounts used in connection with the sale of Counterfeit Products, and business records relating thereto inaccessible to the Court, thus frustrating the ultimate relief True Religion seeks in this action;

8. True Religion's harm from denial of the requested *ex parte* Order would outweigh any harm to Defendants' legitimate interests from granting such an Order;

9. True Religion has represented that it has not publicized the requested Order;

10. True Religion has provided the United States Attorney with reasonable notice of Plaintiffs' application for an Order;

11. Entry of an order other than the requested Order would not adequately achieve the purposes of the Lanham Act to preserve True Religion's equitable remedies for trademark counterfeiting, including, *inter alia*: the restraint of Defendants' counterfeiting operations including Defendants' Infringing Web Sites, the disabling of Defendants' means of distributing, offering for sale and selling Counterfeit Products, the acquisition of the business records relating to Defendants' operations, and preservation of True Religion's right to an equitable accounting of proceeds from Defendants' sale of Counterfeit Products.

THEREFORE, IT IS HEREBY ORDERED that Defendants show cause on or before the 30th day of November 2011 at 11:00 a.m. or as soon thereafter as counsel can be heard, in Courtroom 23B, in the United States District Court for the Southern District of New York, why an order pursuant to Federal Rule of Civil Procedure 65 and Section 34 of the Lanham Act should not be entered granting True Religion a Preliminary Injunction as follows:

(a) Enjoining and restraining Defendants, their officers, agents, servants and employees and any persons in active concert or participation with them, including but not limited to Internet service providers ("ISPs"), from:

(i) using the TRUE RELIGION Marks and True Religion Copyrights or any reproduction, counterfeit, copy or colorable imitation of the TRUE RELIGION Marks and True Religion Copyrights in connection with the distribution, advertising, offer for sale and/or sale of merchandise not the genuine products of True Religion; and

 (ii) passing off, inducing or enabling others to sell or pass off any Counterfeit Products as and for True Religion; and

 (iii) shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner jeanswear, sportswear, accessories or other items falsely bearing the TRUE RELIGION Marks and True Religion Copyrights, or any reproduction, counterfeit, copy or colorable imitation of same; and

 (iv) utilizing the Infringing Domain Names and registering any additional domain names that use or incorporate any of the TRUE RELIGION Marks and True Religion Copyrights; and

 (v) operating and/or hosting Defendants' Infringing Web Sites.

(b) Restricting the transfer of Defendants' assets pursuant to the provisions of this Order hereinafter set forth.

(c) Ordering the domain name registries, including but not limited to VeriSign, Inc., Neustar, Inc., and Public Interest Registry and/or the individual registrars holding or listing one or more domain names used in conjunction with Defendants' Infringing Web Sites, to disable these domain names, through a registry hold or otherwise, and make them untransferable until further order from this Court.

IT APPEARING to the Court that Defendants are distributing, offering for sale and/or selling Counterfeit Products, including via Defendants' Infringing Web Sites, and will continue to carry out such acts unless restrained by Order of the Court, it is hereby:

ORDERED, that pending the hearing on True Religion's application for a Preliminary Injunction, Defendants, including their agents, servants, employees, confederates and any persons acting in concert or participation with them or third parties providing services used in connection with Defendants' operations including, without limitation, Internet Service Providers ("ISP"), registrars, or online third-party selling platforms, having knowledge of this Order by service, actual notice or otherwise be, and are, hereby temporarily restrained from:

(a) Committing any of the acts set forth in subparagraphs (a)(i)-(v) above;

(b) Moving, destroying, or otherwise disposing of any items, merchandise or documents relating to the Counterfeit Products, Defendants' Infringing Web Sites, and/or Defendants' assets and operations; and

(c) Removing, destroying or otherwise disposing of any computer files, electronic files, business records, or documents relating to Defendants' Infringing Web Sites, Defendants' assets and operations or relating in any way to the manufacture, acquisition, purchase, distribution or sale of Counterfeit Products or any reproduction, counterfeit, copy or colorable imitation of the TRUE RELIGION Marks; and it is further

ORDERED, that discovery herein may begin immediately by True Religion by providing actual notice, pursuant to subpoena or otherwise, of this Order to any of the following: (1) Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them; (2) any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, PayPal, Inc., or other merchant account providers, payment providers, third party processors, credit card associations (*e.g.*, MasterCard and VISA), which receive payments or hold assets on Defendants' behalf; and (3) any third party service providers, including without limitation, ISPs, back-end service providers, web designers, sponsored search engine or ad-word providers, shippers, domain name registrars, domain name registries or online third-party selling who have provided services for Defendants; and it is further

ORDERED, that any third party providing services in connection with any Defendant and/or Defendants' Infringing Web Sites, including without limitation, ISPs, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant

account providers including PayPal, Inc., third party processors and other payment processing services, shippers, domain name registrars, domain name registries and online third-party selling platforms (collectively "Third Party Providers") shall within five (5) days after receipt of such notice, provide copies of all documents and records in such person or entity's possession or control relating to:

(a) The identities and addresses of Defendants, their agents, servants, employees, confederates, and any persons acting in concert or participation with them and the locations and identities of Defendants' operations, including without limitation, identifying information associated with Defendants' Infringing Web Sites, Infringing Domain Names and financial accounts;

(b) Defendants' Infringing Web Sites;

(c) The Infringing Domain Names or any domain name registered by Defendants; and

(d) Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, PayPal, Inc., Western Union, or other merchant account providers, payment providers, third party processors, credit card associations (*e.g.*, MasterCard and VISA); and it is further

ORDERED, that the Temporary Restraining Order shall remain in effect until the date for hearing on the Order to Show Cause set forth above, or such further dates as set by the Court, unless Defendants stipulate, or have not objected, to the Preliminary Injunction; and it is further

ORDERED, that True Religion shall post a corporate surety bond in the amount of ten thousand dollars ($10,000.00) as security, determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful seizure or restraint hereunder; and it is further

ORDERED, that sufficient cause having been shown, service of this Order together with the Summons and Complaint, which may be made on Defendants by registered electronic mail, and that such service shall be made on or before November 23, 2011 at 5:00 p.m. following service on the Third Party Providers, which is to occur on or before Friday November 18, 2011; and it is further

ORDERED, that True Religion may complete service of process on Defendants by electronic mail at the following one hundred and thirty-seven (137) email addresses, which True Religion has demonstrated will provide adequate notice to Defendants pursuant to Fed. R. Civ. P. 4:

sarah_trading@live.com
sarah@psunions.com
louisvuitton.sale@hotmail.com
toptrjeans@hotmail.com
toptruereligionjeans@hotmail.com
fashionjeanshop@gmail.com
sales@truereligionsale.co.uk
sarah@psunions.com
outletjean@gmail.com
vip.managerservice@gmail.com
service@truereligionlike.com
obcs001@hotmail.com
jackrosegates@gmail.com
wrsns@msn.com
service@myfashionjeans.com
jeanstruereligion@gmail.com
cheaptruereligionjeanssale@hotmail.com
world203@hotmail.com

e-trade1988@hotmail.com
dajiahao662009@hotmail.com
ynyfan@aol.com
zhnzlin@aol.com
comaupeter@gmail.com
sellersalessmith@gmail.com
admin@qq.com
173916647@qq.com
sanbokeyes@yahoo.com
black.hubbard@gmail.com
storezhs@hotmail.com
yourspayment@yahoo.com
zhzrong@aol.com
chczhen@aol.com
outletjean@gmail.com
vip.managerservice@gmail.com

trademaster101@hotmail.com
stephanyu28qz2@hotmail.com

smart127@hotmail.com
wuqiuping2004@163.cn
lucktrade09@hotmail.com
gouzhu66@gmail.com
abcbuysell@hotmail.com
andear.pt@hotmail.com
kellylin55@hotmail.com
pt123@126.com
hepinsports2010@yahoo.cn
papy168@hotmail.com
ipayebagi@163.com
guang168ying@hotmail.com
271305515@qq.com
wangmeixiang86@yahoo.com.cn
xuhuan0123@yahoo.com.cn
zhaomin82@yahoo.com

402590112@qq.com
yangyinghui0123@yahoo.com.cn

12

| | | |
|---|---|---|
| nikecool@live.com | 383068823@qq.com | lygang2010@yahoo.com.cn |
| V9mall@hotmail.com | ctownbaby@comcast.net | ca10010cn@hotmail.com |
| tinrui_tradekey@hotmail.com | dradina@mac.com | lan_1802@163.com |
| | | brandstribe.com |
| javon_trade@hotmail.com | vanessa.nikki@gmail.com | @protecteddomainservices.com |
| cheapskys@hotmail.com | vikthegoddess@hotmail.co.uk | Email598269039@qq.com |
| gotradingzone@hotmail.com | wxiaomian@hotmail.com | feng08183@sohu.com |
| trade369@hotmail.com | mmotrading@yahoo.cn | zhif_chen@163.com |
| trade369@gmail.com | 537553944@qq.com | jask18@163.com |
| sales@brandstribe.com | kicksonfoot@gmail.com | shtanjuunno1@163.com |
| brandstribe@hotmail.com | kicksonfoots@gmail.com | 819486758@qq.com |
| brandstribeinfo@yahoo.com | needapairshoe@gmail.com | kicksonfoot@gmail.com |
| order@trademoment.com | mrshuang123@hotmail.com | sh12345602@hotmail.com |
| trade88cn@hotmail.com | btwgold4@hotmail.com | dradina@mac.com |
| wyzshoes@hotmail.com | wholesaledaily@gmail.com | zterry101@gmail.com |
| wzj886@live.cn | nikecool@live.com | lrgjeans008@hotmail.com |
| zou1973@hotmail.com | 421567127@qq.com | wiwitrade@hotmail.com |
| sales@cheerwholesale.com | efashiontrade@gmail.com | chinarg002@126.com |
| cheer_001@hotmail.com | v9mall@hotmail.com | 404898547@qq.com |
| moonriver-trade@hotmail.com | jask18@163.com | pt123@126.com |
| tradevoid@hotmail.com | 262001558@qq.com | 505175638@qq.com |
| tradevoid@yahoo.com.cn | 402660558@qq.com | cheerfred@hotmail.com |
| fashionshop2010@hotmail.com | fengnianly@sohu.com | lan_1802@163.com |
| papo168@hotmail.com | longbiztrade@hotmail.com | lucyking88@yahoo.com |
| papo168@163.com | gotradingzone@hotmail.com | sh12345602@hotmail.com |
| wiwitrade@gmail.com | kaka368@163.com | ca10010cn@hotmail.com |
| aaanbajersey@hotmail.com | trade369@hotmail.com | 1554253616@qq.com |
| aaanbajersey@yahoo.com.cn | alicewenne@hotmail.com | XylonDamek@hotmail.com |
| | marry-gan@hotmail.com | kandyCarroll@hotmail.com |

; and it is further

ORDERED, that True Religion's counsel file with the court within ten (10) days after this Order is executed, an affidavit or declaration setting forth: (a) the date on which the Order was executed, (b) the date and means with which the Defendants' were served with a copy of the Order, and (c) a description of the domain names, websites and other assets that were disabled and/or restrained; and it is further

ORDERED, that in accordance with 15 U.S.C. § 1116(a) and this Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, Defendants and their officers, servants, employees and agents and any persons in active concert or participation with them, and any banks, savings and loan associations, payment processors or other financial institutions, including without limitation PayPal, Inc., or other merchant account providers, payment providers, or third party processors for any Defendant, any of Defendants' operations, Defendants' Infringing Web Sites or for any other website owned or controlled by Defendants, who receive actual notice of this Order, shall immediately locate all accounts connected to Defendants or Defendants' Infringing Web Sites and that such accounts be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets, not allowing such funds to be transferred or withdrawn, and not allowing any refunds, charge-backs, or other diminutions to be made from such accounts pending further order from this Court; and it is further

ORDERED, that upon two (2) business day's written notice to the Court and True Religion's counsel, any Defendant may, upon proper showing, appear and move for the dissolution or modification of the provisions of this Order concerning the restriction upon transfer of Defendants' assets; and it is further

ORDERED that, in accordance with 15 U.S.C. § 1116(a) and this Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, the domain name registries, including but not limited to VeriSign, Inc., Neustar, Inc., and Public Interest Registry, and/or the individual registrars holding or listing one or more of the domain names used in conjunction with Defendants' Infringing Web Sites shall, within three (3) days of receipt of this Order, temporarily disable these domain names, through a registry hold or

otherwise, and make them inactive and untransferable pending further order from this Court; and it is further

ORDERED that, in accordance with 15 U.S.C. § 1116(a) and this Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, any third party providing services in connection with any Defendant and/or Defendants' websites, including without limitation ISPs, back-end service providers, affiliate program providers, web designers, and sponsored search engine or ad-word providers, shall immediately temporarily disable service to any and all Defendants' Infringing Web Sites; and it is further

ORDERED, that Defendants' answering papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for True Religion by delivering copies thereof to the offices of Greenberg Traurig, 200 Park Avenue, 34th Floor, New York, NY 10166 Attention: Scott Gelin, Esq., before 5:00 p.m. on November 28, 2011. Any reply shall be filed and served by True Religion by 11:00 a.m. on November 30, 2011; and it is finally

ORDERED, that this action shall remain sealed by the Court until the date for hearing on the Order to Show Cause set forth above, at which time the Clerk shall remove the seal.

Defendants are hereby given notice that failure to attend the hearing scheduled herein may result in confirmation of the seizure authorized herein, destruction or other disposition of the goods seized, if any, immediate issuance of the prayed-for Preliminary Injunction to take effect immediately upon expiration or dissolution of the Temporary Restraining Order, and shall otherwise extend for the pendency of this litigation relief upon the same terms and conditions as comprise this Temporary Restraining Order. Defendants are hereby given further notice they shall be deemed to have actual notice of the issuance and terms of such Preliminary Injunction and any act by them or any one of them in violation of any of the terms thereof may be considered and prosecuted as contempt of this Court.

SIGNED this \_\_\_17th\_\_\_ day of November 2011.

_____ 10AM
UNITED STATES DISTRICT COURT JUDGE

**Exhibit 1**

1. truereligionjeans4outlet.com
2. truereligionjeans2sale.com
3. truereligion4outlet.com
4. truereligionjeansoutlet8.com
5. cheapjeanssale2.com
6. cheaptruereligionjeanssale.org
7. cheaptruereligionjeans2.com
8. truereligionoutlet3.com
9. truereligionoutlet8.com
10. brandjeansonline.org
11. truereligionjeanssales.com
12. bagsoutletss.com
13. religionoutlets.com
14. toptrjeans.com
15. cheaptruereligion8.com
16. toptruereligionjeans.com
17. fashionjeanshop.com
18. fortruereligionjeans.com
19. truereligionsale.co.uk
20. cheaptruereligion.co.uk
21. truereligion2cheap.com
22. truereligion-cheap.com
23. truereligion2sale.com
24. jeanswholesaling.com
25. outlet-jeans.com
26. truereligionlike.com
27. cheapertruereligionjeans.net
28. cheaptruereligionjeans2u.com
29. cheaptruereligionjeans2011.com
30. truereligionoutletusa.com
31. cheaptruereligionjeans-sale.com
32. truereligionjeansbox.com
33. truereligionjeans4sale.com
34. mycheaptruereligionjeans.com
35. cheaptruereligionjeansoutlets.com
36. cheaptruereligionjeansoutlets.net
37. myfashionjeans.com
38. buytruereligionjeans.net (qiquwang.net)
39. cheapertruereligionjeans.com
40. truereligionoutlet-sale.com
41. truereligionsoutlets2011.net
42. discounttrjeans.com
43. true-religion-jeans-outlet.com
44. cheapjeanstruereligion.info
45. cheaptruereligionsjeans.info

46. saletruereligionsjeans.info
47. truereligionjeans-outlet.cc
48. truereligionjeans-outlet.info
49. truereligionjeans-outlets1.info
50. truereligion-outlet.cc
51. truereligionoutletjeans.info
52. truereligion-outletjeans.info
53. truereligionoutletjeans.cc
54. truereligionjeanssale.cc
55. truereligionoutlet.cc
56. jeans-true-religion.com
57. truereligionoutletjeans-new.info
58. jeans-true-religions.com
59. truereligionbrandjeansstore.com
60. nikecool.com
61. v9mall.com
62. tinrui.com
63. cheap-skys.com
64. gotradingzone.com
65. the9thstreet.com
66. brandstribe.com
67. trade88cn.com
68. fashionchoose.com
69. bestkf.com
70. cheerwholesale.com
71. moriver-trade.com
72. tradevoid.com
73. inttopbrand.com
74. toshoesa.com
75. pengfashionshoes.com
76. longfengtrade.com
77. wiwitrade.com
78. aaanbajersey.com
79. cyberdealing.com
80. cheaptruereligionjeanssale.net
81. cheaptrue-religionjeans.com
82. cheap-true-religion-jeans.com
83. world203.com
84. truereligion4sale.com
85. franklinmarshalls.com
86. trademoment.com