UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RELIGION APPAREL, INC.; GURU DENIM, INC., <br><br>  Plaintiffs, <br> v. <br><br> XIAOKANG LEI D/B/A TRUERELIGIONJEANS4OUTLET.COM; LIN JIANYU D/B/A TRUERELIGIONJEANSOUTLET8.COM; ZHAO YANG QU D/B/A TRUERELIGION2CHEAP.COM, *et al.*, <br><br>  Defendants. | CIVIL ACTION NO. _____ <br><br> [PROPOSED] ORDER TO SEAL FILE <br><br> [FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116] |

Upon consideration of the above-named Plaintiffs' Application for an Order to File Motion Under Seal, it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with Plaintiffs' e*x parte* Application for a Temporary Restraining Order, Order to Disable Certain Web Sites, Asset Restraining Order, Expedited Discovery Order and Order to Show Cause for Preliminary Injunction under seal pending further order of the Court.

DATED this \_\_\_\_ day of November 2011.        UNITED STATES DISTRICT COURT

Hour: _____ a.m./p.m.        By: _____
                                                                  United States District Judge

NY 241,586,487v1 11-13-11