# UNITED STATES DISTRICT COURT
for the
Southern District Of New York

**11 CIV 8242**

TRUE RELIGION APPAREL, INC.; GURU DENIM, INC.,  )
                                                )  [FILED UNDER SEAL PURSUANT
                                                )  TO 15 U.S.C. §1116]
         *Plaintiffs*,                          )
                                                )
         v.                                     )  Civil Action No.
                                                )
XIAOKANG LEI D/B/A TRUERELIGIONJEANS4OUTLET.COM; LIN  )
JIANYU D/B/A TRUERELIGIONJEANSOUTLET8.COM; ZHAO       )
YANG QU D/B/A TRUERELIGION2CHEAP.COM, *et al.*,       )
         *Defendant*                            )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

XIAOKANG LEI D/B/A TRUERELIGIONJEANS4OUTLET.COM; LIN JIANYU D/B/A TRUERELIGIONJEANSOUTLET8.COM; ZHAO YANG QU D/B/A TRUERELIGION2CHEAP.COM; RONGLIAN LU D/B/A/ TOPTRJEANS.COM; FORTRUERELIGIONJEANS.COM D/B/A FASHIONJEANSHOP@GMAIL.COM; XIN JIE KOU D/B/A TRUERELIGIONSALE.CO.UK; JIAQIAO LV D/B/A TRUERELIGION2CHEAP.COM; ZHAO YANG QU D/B/A TRUERELIGION2CHEAP.COM; WANGMING D/B/A JEANSWHOLESALING.COM; SERVICE@TRUERELIGIONLIKE.COM D/B/A OBCS001@HOTMAIL.COM D/B/A TRUERELIGIONLIKE.COM; CHEAPERTRUERELIGIONJEANS.NET D/B/A JACKROSEGATES@GMAIL.COM; XIAOYU CHEN D/B/A SH12345602@HOTMAIL.COM D/B/A CHEAPTRUERELIGIONJEANSOUTLETS.COM; LUCY KING D/B/A LUCYKING88@YAHOO.COM D/B/A MYFASHIONJEANS.COM; TOM SMITH D/B/A KICKSONFOOT@GMAIL.COM D/B/A BUYTRUERELIGIONJEANS.NET D/B/A QIQUWANG.NET; QIN KE D/B/A CHEAPTRUERELIGIONJEANSSALE@HOTMAIL.COM D/B/A MRSHUANG123@HOTMAIL.COM; TAN JUN D/B/A WORLD203@HOTMAIL.COM D/B/A BTWGOLD4@HOTMAIL.COM; JINGSHUN HUANG D/B/A HAOTIAN INTERNATIONAL INDUSTRIAL CO., LTD. D/B/A NIKECOOL.COM; CHEN JINSHAN D/B/A HONG KONG TIMES SQUARE TRADING CO., LTD. D/B/A V9MAIL.COM; CHEN ZHIFENG D/B/A ZHIF_CHEN@163.COM D/B/A HONG KONG JAVON TRADE LTD. D/B/A TINRUI.COM; LI FENGNIAN D/B/A FENG08183@SOHU.COM D/B/A CHEAP SKYS CO. LTD. D/B/A CHEAP-SKYS.COM; SHOES-GOOGLE CO., LTD. D/B/A GOTRADINGZONE.COM D/B/A GOTRADINGZONE@HOTMAIL.COM; GUOFANG XIAO D/B/A EMAIL598269039@QQ.COM D/B/A TONGHE TRADE CO., LTD. D/B/A THE9THSTREET.COM; BRANDSTRIBE CO., LTD. D/B/A BRANDSTRIBE.COM D/B/A ALICEWENNE@HOTMAIL.COM D/B/A SALES@BRANDSTRIBE.COM D/B/A BRANDSTRIBE@HOTMAIL.COM D/B/A BRANDSTRIBEINFO@YAHOO.COM; XUBEICHAO D/B/A TRADEMEMOMENT CO. LTD. D/B/A TRADEMOMENT.COM; YEMAO D/B/A SHUNYUAN INTERNATIONAL EXPORT CO. D/B/A TRADE88N.COM D/B/A TRADE88CN@HOTMAIL.COM; WANG FOYUN D/B/A FASHIONCHOOSE TRADE CO., LTD. D/B/A FASHIONCHOOSE.COM D/B/A WYZSHOES@HOTMAIL.COM; WWW.BESTKF.COM D/B/A WZJ886@LIVE.CN D/B/A WUQIUPING2004@163.CN; CHENZHONG D/B/A FASHION TRADING COMPANY D/B/A FASHION2011STORE.COM D/B/A ZOU1973@HOTMAIL.COM; ALLEN IEE D/B/A CHEER TRADE COMPANY D/B/A CHEERWHOLESALE.COM; LIN HAO D/B/A HONG KONG FAIRY INTERNATIONAL, LTD. D/B/A MORIVER-TRADE.COM D/B/A MOONRIVER-TRADE@HOTMAIL.COM; XIAO XU D/B/A TRADEVOID SHOES TRADING CO., LTD. D/B/A TRADEVOID.COM; HUANG JINFENG D/B/A HAPPY SPORTS INDUSTRY CO., LTD. D/B/A PENGFASHIONSHOES.COM; WEI JIANGGUANG D/B/A CHINARG002@126.COM D/B/A LONGFENG INDUSTRY CO., LTD. D/B/A LONGFENGTRADE.COM; XIAOFANG NI D/B/A WIWI TRADE CO., LTD. D/B/A WIWITRADE.COM D/B/A WIWITRADE@HOTMAIL.COM; CHEN ZIU SONG D/B/A LRGJEANS008@HOTMAIL.COM D/B/A JERSEY TRADE CO. LTD. D/B/A AAANBAJERSEY.COM; HONEST99896 D/B/A DAJIAHAO662009@HOTMAIL.COM; FERSHOUHELLO D/B/A XUHUAN0123@YAHOO.COM.CN; ZHAOMIN8898 D/B/A ZHAOMIN82@YAHOO.COM; TUNIAN1 D/B/A 402590112@QQ.COM; LINA669925 D/B/A YANGYINGHUI0123@YAHOO.COM.CN; AND TRUEYES85 D/B/A LYGANG2010@YAHOO.COM.CN

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,

whose name and address are:

>Scott Gelin, Esq.
>Greenberg Traurig, LLP
>200 Park Avenue, 34th Floor
>New York, NY 10166

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RUBY J. KRAJICK**

*CLERK OF COURT*

Date NOV 1 5 2011 , 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*


                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

NY 241,586,489v1