AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Southern District Of New York

| | |
|---|---|
| TRUE RELIGION APPAREL, INC.; GURU DENIM, INC., | ) |
| *Plaintiff* | ) ) ) ) |
| v. | ) Civil Action No. 11-cv-8242 (HB) |
| XIAOKANG LEI D/B/A TRUERELIGIONJEANS4OUTLET.COM, et al., | ) ) |
| *Defendants* | ) |

## FIRST AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
XIAOKANG LEI D/B/A TRUERELIGIONJEANS4OUTLET.COM; LIN JIANYU D/B/A TRUERELIGIONJEANSOUTLET8.COM; ZHAO YANG QU D/B/A TRUERELIGION2CHEAP.COM; RONGLIAN LU D/B/A TOPTRJEANS.COM; FORTRUERELIGIONJEANS.COM D/B/A FASHIONJEANSHOP@GMAIL.COM; XIN JIE KOU D/B/A TRUERELIGIONSALE.CO.UK; JIAQIAO LV D/B/A TRUERELIGION2CHEAP.COM; ZHAO YANG QU D/B/A TRUERELIGION2CHEAP.COM; WANGMING D/B/A JEANSWHOLESALING.COM; SERVICE@TRUERELIGIONLIKE.COM D/B/A OBCS001@HOTMAIL.COM D/B/A TRUERELIGIONLIKE.COM; CHEAPERTRUERELIGIONJEANS.NET D/B/A JACKROSEGATES@GMAIL.COM; XIAOYU CHEN D/B/A SH12345602@HOTMAIL.COM D/B/A CHEAPTRUERELIGIONJEANSOUTLETS.COM; LUCY KING D/B/A LUCYKING88@YAHOO.COM D/B/A MYFASHIONJEANS.COM; TOM SMITH D/B/A KICKSONFOOT@GMAIL.COM D/B/A BUYTRUERELIGIONJEANS.NET D/B/A QIQUWANG.NET; QIN KE D/B/A CHEAPTRUERELIGIONJEANSSALE@HOTMAIL.COM D/B/A MRSHUANG123@HOTMAIL.COM; TAN JUN D/B/A WORLD203@HOTMAIL.COM D/B/A BTWGOLD4@HOTMAIL.COM; JINGSHUN HUANG D/B/A HAOTIAN INTERNATIONAL INDUSTRIAL CO., LTD. D/B/A NIKECOOL.COM; CHEN JINSHAN D/B/A HONG KONG TIMES SQUARE TRADING CO., LTD. D/B/A V9MAIL.COM; CHEN ZHIFENG D/B/A ZHIF_CHEN@163.COM D/B/A HONG KONG JAVON TRADE LTD. D/B/A TINRUI.COM; LI FENGNIAN D/B/A FENG08183@SOHU.COM D/B/A CHEAP SKYS CO. LTD. D/B/A CHEAP-SKYS.COM; SHOES-GOOGLE CO., LTD. D/B/A GOTRADINGZONE.COM D/B/A GOTRADINGZONE@HOTMAIL.COM; GUOFANG XIAO D/B/A EMAIL598269039@QQ.COM D/B/A TONGHE TRADE CO., LTD. D/B/A THE9THSTREET.COM; BRANDSTRIBE CO., LTD. D/B/A BRANDSTRIBE.COM D/B/A ALICEWENNE@HOTMAIL.COM D/B/A SALES@BRANDSTRIBE.COM D/B/A BRANDSTRIBE@HOTMAIL.COM D/B/A BRANDSTRIBEINFO@YAHOO.COM; XUBEICHAO D/B/A TRADEMEMOMENT CO. LTD. D/B/A TRADEMOMENT.COM; YEMAO D/B/A SHUNYUAN INTERNATIONAL EXPORT CO. D/B/A TRADE88N.COM D/B/A TRADE88CN@HOTMAIL.COM; WANG FOYUN D/B/A FASHIONCHOOSE TRADE CO., LTD. D/B/A FASHIONCHOOSE.COM D/B/A WYZSHOES@HOTMAIL.COM; WWW.BESTKF.COM D/B/A WZJ886@LIVE.CN D/B/A WUQIUPING2004@163.CN; CHENZHONG D/B/A FASHION TRADING COMPANY D/B/A FASHION2011STORE.COM D/B/A ZOU1973@HOTMAIL.COM; ALLEN IEE D/B/A CHEER TRADE COMPANY D/B/A CHEERWHOLESALE.COM; LIN HAO D/B/A HONG KONG FAIRY INTERNATIONAL, LTD. D/B/A MORIVER-TRADE.COM D/B/A MOONRIVER-TRADE@HOTMAIL.COM; XIAO XU D/B/A TRADEVOID SHOES TRADING CO., LTD. D/B/A TRADEVOID.COM; HUANG JINFENG D/B/A HAPPY SPORTS INDUSTRY CO., LTD. D/B/A PENGFASHIONSHOES.COM; WEI JIANGGUANG D/B/A CHINARG002@126.COM D/B/A LONGFENG INDUSTRY CO., LTD. D/B/A LONGFENGTRADE.COM; XIAOFANG NI D/B/A WIWI TRADE CO., LTD. D/B/A WIWITRADE.COM D/B/A WIWITRADE@HOTMAIL.COM; CHEN ZIU SONG D/B/A LRGJEANS008@HOTMAIL.COM D/B/A JERSEY TRADE CO. LTD. D/B/A AAANBAJERSEY.COM; HONEST99896 D/B/A DAJIAHAO662009@HOTMAIL.COM; FERSHOUHELLO D/B/A XUHUAN0123@YAHOO.COM.CN; ZHAOMIN8898 D/B/A ZHAOMIN82@YAHOO.COM; TUNIAN1 D/B/A 402590112@QQ.COM; LINA669925 D/B/A YANGYINGHUI0123@YAHOO.COM.CN; TRUEYES85 D/B/A LYGANG2010@YAHOO.COM.CN; TRUERELIGIONJEANSFORCHEAP.COM D/B/A TRUERELIGIONCHEAPCOM@GMAIL.COM;

*Signature of Clerk or Deputy Clerk*

TRUERELIGIONJEANOUTLET1.COM D/B/A XIAOLUAAAA@126.COM; ZHANG LI D/B/A TRUERELIGIONJEANSDISCOUNTED.COM; XIAXINZHEN D/B/A ULSTYLE.COM; YITAO TRADING CO., LTD. D/B/A CHEAPTRUERELIGIONJEANSFORSALE.NET; WANG ZHONG D/B/A/ CLOTHINGSHOES777.COM; USA-JEANS.COM D/B/A NFLTM@HOTMAIL.COM; TRUERELIGION1-JEANS.COM D/B/A JDIFUWR3434@GMAIL.COM; LU REN JIA D/B/A BESTTRUERELIGIONJEANS.COM; ANDY HUANG D/B/A BRANDTSHIRT.COM; SHOUDAO DU D/B/A FAKETRUERELIGION.NET; TRUERELIGIONES.COM D/B/A ANDY51988@VIP.163.COM; ZHANG MINGMING D/B/A TRUERELIGIONOUTLET.INFO; LIN LIN D/B/A SALE-TRUERELIGIONJEANS.ORG; CHEAPTRUERELIGION.US D/B/A CHEAPTRUERELIGION@126.COM; KE XIANHONG D/B/A POEON.COM; SAN ZHANG D/B/A BUYTRUERELIGIONJEANS.US; CGLILII D/B/A TRJEANSK.COM; TOM BONO D/B/A DSQUARED2SALE.NET; PERRY WILLIS D/B/A DSQUARED2SALES.COM; ZHOU BING D/B/A ATTRUERELIGIONBRAND.COM; OUTELTRUERELIGION.COM D/B/A OUTLETTRUERELIGION@GMAIL.COM; ZHANG FENG D/B/A TRUERELIGIONOUTLET-JEANS.INFO; ZHANG XIAO HAI D/B/A HOTJEANSELL.COM; JIANFENG LIN D/B/A TRUERELIGIONTROFFICIAL.COM; LINGUOQING D/B/A TRUERELIGIONJEANSWEB.COM; ZHENG RUISHAN D/B/A TRUERELIGIONOUTLETFORCHEAP.COM; LIN ZHEN D/B/A JEANSCLASSIC.NET; WU XIA D/B/A TRUEJEANSRELIGIONSALE.COM; CHENG LIN D/B/A TRUERELIGIONOUTLETONLINE.NET; TRUERELIGIONSERIES.NET D/B/A 43388@GMAIL.COM; CHEN JIANHUI D/B/A BRANDJEANSSUPPLY.COM; CHEAPJEANS4SALES.COM D/B/A SERVICE@JEANSOUTLET.COM; PICKTRUERELIGIONJEANS.COM D/B/A SALE@TRUERELIGIONJEANSCHEAP.NET; WEI ZHI D/B/A RELIGIONJEANSUK.COM; TRUERELIGIONAUSTRALIA.INFO D/B/A AIRMAXSHOESFRANCE@HOTMAIL.COM; AMIR ASYRAF D/B/A TRUERELIGIONJEANSDEAL.COM; LIYUAN D/B/A THETRUERELIGIONJEANSOUTLET.US; ALICIA DAVID D/B/A TRUERELIGIONJEANS4CHEAP.COM; CHAMP QUEEN D/B/A TRUERELIGIONJEANSALES.COM; DONTE SKEHAN D/B/A TRUERELIGIONJEANS7.COM; LI DUODUO D/B/A TRUERELIGIONSTORE.US; ZHOU KAI D/B/A JEANS-TRUE-RELIGION-OUTLET.COM; LIWENYANG D/B/A TRJEANSONLINESHOP.COM; MIKE TOM D/B/A TRUE-RELIGION-OUTLET-JEANS.INFO; LIU QING D/B/A TRUERELIGIONSALESTORE.COM; TRUERELIGIONJEANCANADA.INFO D/B/A RELIABLEVIPSERVICE@GMAIL.COM; ZHENCHENG CHEN D/B/A INTRUERELIGION.COM; HALY DENG D/B/A CHEAPTRUERELIGIONSHOP.COM; ZHENG SNOW D/B/A JEANSFAKE.ORG; LUIGI FULK D/B/A TRUERELIGIONJEANSOK.COM; ZHIYONG YANG D/B/A TRUERELIGIONOUTLETES.COM; LIU JIUCHUAN D/B/A TRUERELIGION-OUTLET.NET; GAO JIANGUO D/B/A OUTLET-TRUERELIGION.COM; LIN YANG D/B/A TRUERELIGIONJIANS.COM; SIXI ZHOU D/B/A TRADEHONG.COM; LIN HUI D/B/A CHEAPUSAJEANS.COM; JUNJUN CHEN D/B/A GUCCICLOTHINGCHINA.COM; ZENG WEI D/B/A CLOTHINGSHELF.COM; ZHIFENG LIANG D/B/A FANGLE-BRANDS.COM; ZHOU GUOJUN D/B/A TRUERELIGIONZONE.COM; CHEN HAO D/B/A CHEAPJEANS-OUTLET.COM; MIKE JORDAN D/B/A TRUERELIGIONJEANOUTLET.COM; LUYIQI LTD D/B/A CHEAPTRUERELIGIONJEANSFORSALE.COM; ZHANG MILLER D/B/A CHEAPESTTRUERELIGION.COM; XYZ COMPANIES, AND JOHN AND JANE DOES

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Scott Gelin, Esq.
    Greenberg Traurig, LLP
    200 Park Avenue
    New York, NY 10166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

              RUBY J. KRAJICK

              CLERK OF COURT

DEC 22 2011
Date: _____