**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRUE RELIGION APPAREL, INC.; GURU DENIM, INC., | Case No. 11-Civ-8242 (HB) |
| Plaintiffs, | |
| v. | |
| XIAOKANG LEI D/B/A TRUERELIGIONJEANS4OUTLET.COM; LIN JIANYU D/B/A TRUERELIGIONJEANSOUTLET8.COM; ZHAO YANG QU D/B/A TRUERELIGION2CHEAP.COM; RONGLIAN LU D/B/A TOPTRJEANS.COM; FORTRUERELIGIONJEANS.COM D/B/A FASHIONJEANSHOP@GMAIL.COM; XIN JIE KOU D/B/A TRUERELIGIONSALE.CO.UK; JIAQIAO LV D/B/A TRUERELIGION2CHEAP.COM; ZHAO YANG QU D/B/A TRUERELIGION2CHEAP.COM; WANGMING D/B/A JEANSWHOLESALING.COM; SERVICE@TRUERELIGIONLIKE.COM D/B/A OBCS001@HOTMAIL.COM D/B/A TRUERELIGIONLIKE.COM; CHEAPERTRUERELIGIONJEANS.NET D/B/A JACKROSEGATES@GMAIL.COM; XIAOYU CHEN D/B/A SH12345602@HOTMAIL.COM D/B/A CHEAPTRUERELIGIONJEANSOUTLETS.COM; LUCY KING D/B/A LUCYKING88@YAHOO.COM D/B/A MYFASHIONJEANS.COM; TOM SMITH D/B/A KICKSONFOOT@GMAIL.COM D/B/A BUYTRUERELIGIONJEANS.NET D/B/A QIQUWANG.NET; QIN KE D/B/A CHEAPTRUERELIGIONJEANSSALE@HOTMAIL.COM D/B/A MRSHUANG123@HOTMAIL.COM; TAN JUN D/B/A WORLD203@HOTMAIL.COM D/B/A BTWGOLD4@HOTMAIL.COM; JINGSHUN HUANG D/B/A HAOTIAN INTERNATIONAL INDUSTRIAL CO., LTD. D/B/A NIKECOOL.COM; CHEN JINSHAN D/B/A HONG KONG TIMES SQUARE TRADING CO., LTD. D/B/A V9MAIL.COM; CHEN ZHIFENG D/B/A ZHIF_CHEN@163.COM D/B/A HONG KONG JAVON TRADE LTD. D/B/A TINRUI.COM; LI FENGNIAN D/B/A FENG08183@SOHU.COM D/B/A CHEAP SKYS CO. LTD. D/B/A CHEAP-SKYS.COM; SHOES-GOOGLE CO., LTD. D/B/A GOTRADINGZONE.COM D/B/A GOTRADINGZONE@HOTMAIL.COM; GUOFANG XIAO D/B/A EMAIL598269039@QQ.COM D/B/A TONGHE TRADE CO., LTD. D/B/A THE9THSTREET.COM; BRANDSTRIBE CO., LTD. D/B/A BRANDSTRIBE.COM D/B/A ALICEWENNE@HOTMAIL.COM | |

D/B/A SALES@BRANDSTRIBE.COM D/B/A
BRANDSTRIBE@HOTMAIL.COM D/B/A
BRANDSTRIBEINFO@YAHOO.COM; XUBEICHAO D/B/A
TRADEMEMOMENT CO. LTD. D/B/A TRADEMOMENT.COM;
YEMAO D/B/A SHUNYUAN INTERNATIONAL EXPORT CO.
D/B/A TRADE88N.COM D/B/A TRADE88CN@HOTMAIL.COM;
WANG FOYUN D/B/A FASHIONCHOOSE TRADE CO., LTD.
D/B/A FASHIONCHOOSE.COM D/B/A
WYZSHOES@HOTMAIL.COM; WWW.BESTKF.COM D/B/A
WZJ886@LIVE.CN D/B/A WUQIUPING2004@163.CN;
CHENZHONG D/B/A FASHION TRADING COMPANY D/B/A
FASHION2011STORE.COM D/B/A ZOU1973@HOTMAIL.COM;
ALLEN IEE D/B/A CHEER TRADE COMPANY D/B/A
CHEERWHOLESALE.COM; LIN HAO D/B/A HONG KONG
FAIRY INTERNATIONAL, LTD. D/B/A MORIVER-TRADE.COM
D/B/A MOONRIVER-TRADE@HOTMAIL.COM; XIAO XU
D/B/A TRADEVOID SHOES TRADING CO., LTD. D/B/A
TRADEVOID.COM; HUANG JINFENG D/B/A HAPPY SPORTS
INDUSTRY CO., LTD. D/B/A PENGFASHIONSHOES.COM; WEI
JIANGGUANG D/B/A CHINARG002@126.COM D/B/A
LONGFENG INDUSTRY CO., LTD. D/B/A
LONGFENGTRADE.COM; XIAOFANG NI D/B/A WIWI TRADE
CO., LTD. D/B/A WIWITRADE.COM D/B/A
WIWITRADE@HOTMAIL.COM; CHEN ZIU SONG D/B/A
LRGJEANS008@HOTMAIL.COM D/B/A JERSEY TRADE CO.
LTD. D/B/A AAANBAJERSEY.COM; HONEST99896 D/B/A
DAJIAHAO662009@HOTMAIL.COM; FERSHOUHELLO D/B/A
XUHUAN0123@YAHOO.COM.CN; ZHAOMIN8898 D/B/A
ZHAOMIN82@YAHOO.COM; TUNIAN1 D/B/A
402590112@QQ.COM; LINA669925 D/B/A
YANGYINGHUI0123@YAHOO.COM.CN; TRUEYES85 D/B/A
LYGANG2010@YAHOO.COM.CN;
TRUERELIGIONJEANSFORCHEAP.COM D/B/A
TRUERELIGIONCHEAPCOM@GMAIL.COM;
TRUERELIGIONJEANOUTLET1.COM D/B/A
XIAOLUAAAA@126.COM; ZHANG LI D/B/A
TRUERELIGIONJEANSDISCOUNTED.COM; XIAXINZHEN
D/B/A ULSTYLE.COM; YITAO TRADING CO., LTD. D/B/A
CHEAPTRUERELIGIONJEANSFORSALE.NET; WANG ZHONG
D/B/A/ CLOTHINGSHOES777.COM; USA-JEANS.COM D/B/A
NFLTM@HOTMAIL.COM; TRUERELIGION1-JEANS.COM
D/B/A JDIFUWR3434@GMAIL.COM; LU REN JIA D/B/A
BESTTRUERELIGIONJEANS.COM; ANDY HUANG D/B/A
BRANDTSHIRT.COM; SHOUDAO DU D/B/A
FAKETRUERELIGION.NET; TRUERELIGIONES.COM D/B/A
ANDY51988@VIP.163.COM; ZHANG MINGMING D/B/A
TRUERELIGIONOUTLET.INFO; LIN LIN D/B/A SALE-

TRUERELIGIONJEANS.ORG;
CHEAPTRUERELIGION.US D/B/A
CHEAPTRUERELIGION@126.COM; KE XIANHONG D/B/A
POEON.COM; SAN ZHANG D/B/A
BUYTRUERELIGIONJEANS.US; CGLILII D/B/A
TRJEANSK.COM; TOM BONO D/B/A DSQUARED2SALE.NET;
PERRY WILLIS D/B/A DSQUARED2SALES.COM; ZHOU BING
D/B/A ATTRUERELIGIONBRAND.COM;
OUTELTRUERELIGION.COM D/B/A
OUTLETTRUERELIGION@GMAIL.COM; ZHANG FENG D/B/A
TRUERELIGIONOUTLET-JEANS.INFO; ZHANG XIAO HAI
D/B/A HOTJEANSELL.COM; JIANFENG LIN D/B/A
TRUERELIGIONTROFFICIAL.COM; LINGUOQING D/B/A
TRUERELIGIONJEANSWEB.COM; ZHENG RUISHAN D/B/A
TRUERELIGIONOUTLETFORCHEAP.COM; LIN ZHEN D/B/A
JEANSCLASSIC.NET; WU XIA D/B/A
TRUEJEANSRELIGIONSALE.COM; CHENG LIN D/B/A
TRUERELIGIONOUTLETONLINE.NET;
TRUERELIGIONSERIES.NET D/B/A 43388@GMAIL.COM;
CHEN JIANHUI D/B/A BRANDJEANSSUPPLY.COM;
CHEAPJEANS4SALES.COM D/B/A
SERVICE@JEANSOUTLET.COM;
PICKTRUERELIGIONJEANS.COM D/B/A
SALE@TRUERELIGIONJEANSCHEAP.NET; WEI ZHI D/B/A
RELIGIONJEANSUK.COM; TRUERELIGIONAUSTRALIA.INFO
D/B/A AIRMAXSHOESFRANCE@HOTMAIL.COM; AMIR
ASYRAF D/B/A TRUERELIGIONJEANSDEAL.COM; LIYUAN
D/B/A THETRUERELIGIONJEANSOUTLET.US; ALICIA DAVID
D/B/A TRUERELIGIONJEANS4CHEAP.COM; CHAMP QUEEN
D/B/A TRUERELIGIONJEANSALES.COM; DONTE SKEHAN
D/B/A TRUERELIGIONJEANS7.COM; LI DUODUO D/B/A
TRUERELIGIONSTORE.US; ZHOU KAI D/B/A JEANS-TRUE-
RELIGION-OUTLET.COM; LIWENYANG D/B/A
TRJEANSONLINESHOP.COM; MIKE TOM D/B/A TRUE-
RELIGION-OUTLET-JEANS.INFO; LIU QING D/B/A
TRUERELIGIONSALESTORE.COM;
TRUERELIGIONJEANCANADA.INFO D/B/A
RELIABLEVIPSERVICE@GMAIL.COM; ZHENCHENG CHEN
D/B/A INTRUERELIGION.COM; HALY DENG D/B/A
CHEAPTRUERELIGIONSHOP.COM; ZHENG SNOW D/B/A
JEANSFAKE.ORG; LUIGI FULK D/B/A
TRUERELIGIONJEANSOK.COM; ZHIYONG YANG D/B/A
TRUERELIGIONOUTLETES.COM; LIU JIUCHUAN D/B/A
TRUERELIGION-OUTLET.NET; GAO JIANGUO D/B/A
OUTLET-TRUERELIGION.COM; LIN YANG D/B/A
TRUERELIGIONJIANS.COM; SIXI ZHOU D/B/A
TRADEHONG.COM; LIN HUI D/B/A CHEAPUSAJEANS.COM;

JUNJUN CHEN D/B/A GUCCICLOTHINGCHINA.COM; ZENG
WEI D/B/A CLOTHINGSHELF.COM; ZHIFENG LIANG D/B/A
FANGLE-BRANDS.COM; ZHOU GUOJUN D/B/A
TRUERELIGIONZONE.COM; CHEN HAO D/B/A CHEAPJEANS-
OUTLET.COM; MIKE JORDAN D/B/A
TRUERELIGIONJEANOUTLET.COM; LUYIQI LTD D/B/A
CHEAPTRUERELIGIONJEANSFORSALE.COM; ZHANG
MILLER D/B/A CHEAPESTTRUERELIGION.COM; XYZ
COMPANIES, AND JOHN AND JANE DOES,

Defendants.

**[PROPOSED] DEFAULT JUDGMENT AND
PERMANENT INJUNCTION ORDER**

This action having been commenced by TRUE RELIGION APPAREL, INC. and GURU DENIM,

INC. (collectively, "True Religion" or "Plaintiffs") against Defendants XIAOKANG LEI d/b/a

TRUERELIGIONJEANS4OUTLET.COM; LIN JIANYU d/b/a

TRUERELIGIONJEANSOUTLET8.COM; ZHAO YANG QU d/b/a

TRUERELIGION2CHEAP.COM; RONGLIAN LU d/b/a TOPTRJEANS.COM;

FORTRUERELIGIONJEANS.COM d/b/a FASHIONJEANSHOP@GMAIL.COM; XIN JIE

KOU d/b/a TRUERELIGIONSALE.CO.UK; JIAQIAO LV d/b/a

TRUERELIGION2CHEAP.COM; ZHAO YANG QU d/b/a TRUERELIGION2CHEAP.COM;

WANGMING d/b/a JEANSWHOLESALING.COM; SERVICE@TRUERELIGIONLIKE.COM

d/b/a OBCS001@HOTMAIL.COM d/b/a TRUERELIGIONLIKE.COM;

CHEAPERTRUERELIGIONJEANS.NET d/b/a JACKROSEGATES@GMAIL.COM; XIAOYU

CHEN d/b/a SH12345602@HOTMAIL.COM d/b/a

CHEAPTRUERELIGIONJEANSOUTLETS.COM; LUCY KING d/b/a

LUCYKING88@YAHOO.COM d/b/a MYFASHIONJEANS.COM; TOM SMITH d/b/a

KICKSONFOOT@GMAIL.COM d/b/a BUYTRUERELIGIONJEANS.NET d/b/a

4

QIQUWANG.NET; QIN KE d/b/a CHEAPTRUERELIGIONJEANSSALE@HOTMAIL.COM

d/b/a MRSHUANG123@HOTMAIL.COM; TAN JUN d/b/a WORLD203@HOTMAIL.COM

d/b/a BTWGOLD4@HOTMAIL.COM; JINGSHUN HUANG d/b/a HAOTIAN

INTERNATIONAL INDUSTRIAL CO., LTD. d/b/a NIKECOOL.COM; CHEN JINSHAN d/b/a

HONG KONG TIMES SQUARE TRADING CO., LTD. d/b/a V9MAIL.COM; CHEN ZHIFENG

d/b/a ZHIF_CHEN@163.COM d/b/a HONG KONG JAVON TRADE LTD. d/b/a TINRUI.COM;

LI FENGNIAN D/B/A FENG08183@SOHU.COM D/B/A CHEAP SKYS CO. LTD. d/b/a

CHEAP-SKYS.COM; SHOES-GOOGLE CO., LTD. d/b/a GOTRADINGZONE.COM d/b/a

GOTRADINGZONE@HOTMAIL.COM; GUOFANG XIAO d/b/a

EMAIL598269039@QQ.COM d/b/a TONGHE TRADE CO., LTD. d/b/a

THE9THSTREET.COM; BRANDSTRIBE CO., LTD. d/b/a BRANDSTRIBE.COM d/b/a

ALICEWENNE@HOTMAIL.COM D/B/A SALES@BRANDSTRIBE.COM d/b/a

BRANDSTRIBE@HOTMAIL.COM D/B/A BRANDSTRIBEINFO@YAHOO.COM;

XUBEICHAO d/b/a TRADEMEMOMENT CO. LTD. d/b/a TRADEMOMENT.COM; YEMAO

d/b/a SHUNYUAN INTERNATIONAL EXPORT CO. d/b/a TRADE88N.COM d/b/a

TRADE88CN@HOTMAIL.COM; WANG FOYUN D/B/A FASHIONCHOOSE TRADE CO.,

LTD. d/b/a FASHIONCHOOSE.COM d/b/a WYZSHOES@HOTMAIL.COM;

WWW.BESTKF.COM d/b/a WZJ886@LIVE.CN d/b/a WUQIUPING2004@163.CN;

CHENZHONG d/b/a FASHION TRADING COMPANY d/b/a FASHION2011STORE.COM

D/B/A ZOU1973@HOTMAIL.COM; ALLEN IEE d/b/a CHEER TRADE COMPANY d/b/a

CHEERWHOLESALE.COM; LIN HAO d/b/a HONG KONG FAIRY INTERNATIONAL, LTD.

d/b/a MORIVER-TRADE.COM d/b/a MOONRIVER-TRADE@HOTMAIL.COM; XIAO XU

d/b/a TRADEVOID SHOES TRADING CO., LTD. d/b/a TRADEVOID.COM; HUANG

JINFENG d/b/a HAPPY SPORTS INDUSTRY CO., LTD. d/b/a PENGFASHIONSHOES.COM;

WEI JIANGGUANG d/b/a CHINARG002@126.COM d/b/a LONGFENG INDUSTRY CO.,

LTD. d/b/a LONGFENGTRADE.COM; XIAOFANG NI d/b/a WIWI TRADE CO., LTD. d/b/a

WIWITRADE.COM d/b/a WIWITRADE@HOTMAIL.COM; CHEN ZIU SONG D/B/A

LRGJEANS008@HOTMAIL.COM d/b/a JERSEY TRADE CO. LTD. d/b/a

AAANBAJERSEY.COM; HONEST99896 d/b/a DAJIAHAO662009@HOTMAIL.COM;

FERSHOUHELLO d/b/a XUHUAN0123@YAHOO.COM.CN; ZHAOMIN8898 d/b/a

ZHAOMIN82@YAHOO.COM; TUNIAN1 d/b/a 402590112@QQ.COM; LINA669925 d/b/a

YANGYINGHUI0123@YAHOO.COM.CN; TRUEYES85 d/b/a

LYGANG2010@YAHOO.COM.CN; TRUERELIGIONJEANSFORCHEAP.COM d/b/a

TRUERELIGIONCHEAPCOM@GMAIL.COM; TRUERELIGIONJEANOUTLET1.COM d/b/a

XIAOLUAAAA@126.COM; ZHANG LI d/b/a TRUERELIGIONJEANSDISCOUNTED.COM;

XIAXINZHEN d/b/a ULSTYLE.COM; YITAO TRADING CO., LTD. d/b/a

CHEAPTRUERELIGIONJEANSFORSALE.NET; WANG ZHONG D/B/A/

CLOTHINGSHOES777.COM; USA-JEANS.COM d/b/a NFLTM@HOTMAIL.COM;

TRUERELIGION1-JEANS.COM D/B/A JDIFUWR3434@GMAIL.COM; LU REN JIA d/b/a

BESTTRUERELIGIONJEANS.COM; ANDY HUANG d/b/a BRANDTSHIRT.COM;

SHOUDAO DU D/B/A FAKETRUERELIGION.NET; TRUERELIGIONES.COM d/b/a

ANDY51988@VIP.163.COM; ZHANG MINGMING d/b/a TRUERELIGIONOUTLET.INFO;

LIN LIN d/b/a SALE-TRUERELIGIONJEANS.ORG; CHEAPTRUERELIGION.US d/b/a

CHEAPTRUERELIGION@126.COM; KE XIANHONG d/b/a POEON.COM; SAN  ZHANG

d/b/a BUYTRUERELIGIONJEANS.US; CGLILII d/b/a TRJEANSK.COM; TOM BONO d/b/a

DSQUARED2SALE.NET; PERRY WILLIS d/b/a DSQUARED2SALES.COM; ZHOU BING

d/b/a ATTRUERELIGIONBRAND.COM; OUTELTRUERELIGION.COM d/b/a

OUTLETTRUERELIGION@GMAIL.COM; ZHANG FENG d/b/a TRUERELIGIONOUTLET-

JEANS.INFO; ZHANG XIAO HAI d/b/a HOTJEANSELL.COM; JIANFENG LIN d/b/a

TRUERELIGIONTROFFICIAL.COM; LINGUOQING d/b/a

TRUERELIGIONJEANSWEB.COM; ZHENG RUISHAN d/b/a

TRUERELIGIONOUTLETFORCHEAP.COM; LIN ZHEN d/b/a JEANSCLASSIC.NET; WU

XIA d/b/a TRUEJEANSRELIGIONSALE.COM; CHENG LIN d/b/a

TRUERELIGIONOUTLETONLINE.NET; TRUERELIGIONSERIES.NET D/B/A

43388@GMAIL.COM; CHEN JIANHUI d/b/a BRANDJEANSSUPPLY.COM;

CHEAPJEANS4SALES.COM d/b/a SERVICE@JEANSOUTLET.COM;

PICKTRUERELIGIONJEANS.COM d/b/a SALE@TRUERELIGIONJEANSCHEAP.NET; WEI

ZHI d/b/a RELIGIONJEANSUK.COM; TRUERELIGIONAUSTRALIA.INFO D/B/A

AIRMAXSHOESFRANCE@HOTMAIL.COM; AMIR ASYRAF d/b/a

TRUERELIGIONJEANSDEAL.COM; LIYUAN d/b/a

THETRUERELIGIONJEANSOUTLET.US; ALICIA DAVID d/b/a

TRUERELIGIONJEANS4CHEAP.COM; CHAMP QUEEN d/b/a

TRUERELIGIONJEANSALES.COM; DONTE SKEHAN d/b/a

TRUERELIGIONJEANS7.COM; LI DUODUO d/b/a TRUERELIGIONSTORE.US; ZHOU KAI

d/b/a JEANS-TRUE-RELIGION-OUTLET.COM; LIWENYANG d/b/a

TRJEANSONLINESHOP.COM; MIKE TOM d/b/a TRUE-RELIGION-OUTLET-JEANS.INFO;

LIU QING d/b/a TRUERELIGIONSALESTORE.COM;

TRUERELIGIONJEANCANADA.INFO D/B/A RELIABLEVIPSERVICE@GMAIL.COM;

ZHENCHENG CHEN d/b/a INTRUERELIGION.COM; HALY DENG d/b/a

CHEAPTRUERELIGIONSHOP.COM; ZHENG SNOW d/b/a JEANSFAKE.ORG; LUIGI FULK

d/b/a TRUERELIGIONJEANSOK.COM; ZHIYONG YANG d/b/a

TRUERELIGIONOUTLETES.COM; LIU JIUCHUAN d/b/a TRUERELIGION-OUTLET.NET;

GAO JIANGUO d/b/a OUTLET-TRUERELIGION.COM; LIN YANG d/b/a

TRUERELIGIONJIANS.COM; SIXI ZHOU d/b/a TRADEHONG.COM; LIN HUI d/b/a

CHEAPUSAJEANS.COM; JUNJUN CHEN d/b/a GUCCICLOTHINGCHINA.COM; ZENG

WEI d/b/a CLOTHINGSHELF.COM; ZHIFENG LIANG d/b/a FANGLE-BRANDS.COM;

ZHOU GUOJUN d/b/a TRUERELIGIONZONE.COM; CHEN HAO d/b/a CHEAPJEANS-

OUTLET.COM; MIKE JORDAN d/b/a TRUERELIGIONJEANOUTLET.COM; LUYIQI LTD

d/b/a CHEAPTRUERELIGIONJEANSFORSALE.COM and ZHANG MILLER D/B/A

CHEAPESTTRUERELIGION.COM (collectively, "Defendants") for a Temporary Restraining

Order, Order to Disable Certain Web Sites, Asset Restraining Order, Expedited Discovery Order

and Order to Show Cause for Preliminary Injunction (collectively, the "Temporary Restraining

Order") pursuant to Federal Rule of Civil Procedure 65 and the Trademark Act of 1946, 15 U.S.C.

§§ 1051, *et seq.*, as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473

(October 12, 1984), the Anticybersquatting Consumer Protection Act of 1996, Pub. L. 104-153

(July 2, 1996), and the Prioritizing Resources and Organization for Intellectual Property Act of

2007, H.R. 4279 (October 13, 2008) (the "Lanham Act"), and the Copyright Act, 17 U.S.C. §§

501, 17 U.S.C. § 106, *et. seq.*, for the reason that Defendants are distributing, offering for sale

and/or selling, via the Internet, goods bearing counterfeit reproductions of the True Religion's

federally registered trademarks and copyrights, as listed in True Religion's Complaint and

incorporated herein by reference, which trademarks (collectively, the "TRUE RELIGION Marks")

and copyrights (the "True Religion Copyrights") are owned and controlled by True Religion and

used in connection with products listed in the True Religion's Complaint and incorporated herein

by reference (collectively, the "True Religion Products"), and the Court having reviewed the

Complaint, Memorandum of Law in support of the Temporary Restraining Order, supporting

declarations and exhibits, issued such a Temporary Restraining Order on November 17, 2011 and

subsequently on November 30, 2011 issued a Preliminary Injunction Order ("Preliminary Injunction"); and

Defendants having each been properly served with the Temporary Restraining Order, Complaint, Summons and supporting papers, including notice of the show cause hearing held on November 30, 2011 at 11:00 a.m. in Courtroom 23B in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007; and

Plaintiff having filed an Amended Complaint and Amended Summons on December 22, 2011 naming additional defendants; and

Defendants having each been properly served with the Amended Complaint, Amended Summons and Preliminary Injunction; and

None of the Defendants having appeared at the show cause hearing, filed a response to the True Religion's moving papers or otherwise appeared in this action; and

The Clerk of Court having entered a default against each Defendant on February 7, 2012; and

True Religion having moved for final default judgment under Fed. R. Civ. P. 55(b) and True Religion having shown, inter alia, the following:

1.   True Religion owns all right, title and interest in and to the TRUE RELIGION Marks and True Religion Copyrights in connection with the True Religion Products and that the TRUE RELIGION Marks and True Religion Copyrights are valid and protectable and entitled to protection; and

2.   Defendants are manufacturing, distributing, offering for sale and/or selling counterfeit products -- including, *inter alia*, jeans, sportswear, accessories and other products -- bearing counterfeits of the TRUE RELIGION Marks and TRUE RELIGION Copyrights ("Counterfeit Products") to buyers in the United States, including in this Judicial District; and

3.    Defendants are selling Counterfeit Products by operating a network of web sites ("Defendants' Infringing Web Sites") resolving at various domain names set forth in **Exhibit 1** attached hereto, including, without limitation, domain names containing the TRUE RELIGION Marks (the "Infringing Domain Names"); and

4.    Defendants have gone to great lengths to conceal themselves and their ill-gotten proceeds from True Religion's and this Court's detection including by using multiple false identities and addresses associated with their operations as well as purposely-deceptive contact information; and

5.    To the best of True Religion's knowledge, Defendants are not infants, incompetent or in the military service of the United States; and

6.    Defendants have disregarded the Temporary Restraining Order and Preliminary Injunction; and so the Court:

HEREBY FINDS that each Defendant is liable for federal trademark counterfeiting and infringement under 15 U.S.C. §§ 1114, 1117, trademark cybersquatting under 15 U.S.C. § 1125(d)(1), and willful copyright infringement under 17 U.S.C. § 504(c)(2), and this Default Judgment and Permanent Injunction Order ("Permanent Injunction") is entered against each Defendant.

THEREFORE, IT IS HEREBY ORDERED that Defendants, their officers, agents servants and employees and any persons in active concert or participation with them are permanently enjoined and restrained from:

(i)    using the TRUE RELIGION Marks and True Religion Copyrights or any reproduction, counterfeit, copy or colorable imitation of the TRUE RELIGION Marks and True Religion Copyrights in connection with the distribution, advertising, offer for sale and/or sale of merchandise not the genuine products of True Religion; and

(ii)    passing off, inducing or enabling others to sell or pass off any Counterfeit Products as and for True Religion Products; and

10

(iii)    shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner jeanswear, sportswear, accessories or other items falsely bearing the TRUE RELIGION Marks and True Religion Copyrights, or any reproduction, counterfeit, copy or colorable imitation of same; and

(iv)    utilizing the Infringing Domain Names and registering any additional domain names that use or incorporate any of the TRUE RELIGION Marks; and

(v)    operating and/or hosting Defendants' Infringing Web Sites.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, pursuant to 17 U.S.C.

§ 504(c)(2), True Religion is awarded maximum statutory damages for willful copyright

infringement of one hundred and fifty thousand dollars and no cents ($150,000.00) against each



Defendant for its willful infringement of the True Religion Copyright (Copyright

Reg. No. VA 1,698,310); and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, pursuant to 15 U.S.C.

§ 1117(c)(2), True Religion is awarded maximum statutory damages for willful trademark

counterfeiting of two million dollars and no cents ($2,000,000.00) against each Defendant for its

counterfeiting of the TRUE RELIGION Mark "TRUE RELIGION," and is awarded maximum

statutory damages for willful trademark counterfeiting  of two million dollars ($2,000,000.00) and

no cents against each Defendant for its counterfeiting of the TRUE RELIGION Mark

, and is awarded maximum statutory damages for willful trademark

counterfeiting  of two million dollars ($2,000,000.00) and no cents against each Defendant for its

counterfeiting of the TRUE RELIGION Mark               ; and is awarded maximum statutory

damages for willful trademark counterfeiting of two million dollars ($2,000,000.00) and no cents



against each Defendant for its counterfeiting of the TRUE RELIGION Mark               , for a

total award of statutory damages in the amount of eight million one hundred and fifty thousand

dollars and no cents ($8,150,000.00) against each Defendant; and

     IT IS FURTHER ORDERED that monies currently restrained in various Defendants'

accounts held by PayPal, Inc. ("PayPal"), are hereby released to True Religion as partial payment

of the above-mentioned damages; and

     IT IS FURTHER ORDERED that, in accordance with 15 U.S.C. § 1116(a) and this

Court's inherent equitable power, the domain name registries, including but not limited to

VeriSign, Inc., NeuStar, Inc., Affilias Limited and Public Interest Registry, and/or the individual

registrars holding or listing one or more domain names used in conjunction with Defendants'

Infringing Web Sites, as set forth in **Exhibit 1** attached hereto, shall, within three (3) days after

receipt of notice of this Permanent Injunction, disable and/or continue to disable the domain

names used in conjunction with Defendants' Infringing Web Sites, through a registry hold or

otherwise, and make them inactive and untransferable; and

     IT IS FURTHER ORDERED that, in accordance with 15 U.S.C. § 1116(a) and this

Court's inherent equitable power, the domain name registries, including but not limited to

VeriSign, Inc., NeuStar, Inc., Afilias Limited, and Public Interest Registry, and/or the individual

registrars holding or listing one or more of the domain names associated with Defendants'

Infringing Web Sites, shall, within thirty (30) days after receipt of notice of this Permanent

Injunction, transfer the domain names associated with Defendants' Infringing Websites, including but not limited to those set forth in **<u>Exhibit 1</u>** attached hereto, to True Religion's ownership and control, including, *inter alia*, by changing the registrar of record to the registrar of True Religion's choosing, unless True Religion requests that the domain name registration for specific domain names be deleted rather than transferred; and

IT IS FURTHER ORDERED that in accordance with this Court's inherent equitable powers and its power to coerce compliance with its lawful orders, until True Religion has recovered the full payment of monies owed to them by any Defendant under this Permanent Injunction, in the event True Religion discovers new monies or accounts belonging to or controlled by any Defendant, True Religion shall have the ongoing authority to serve this Permanent Injunction on any party controlling or otherwise holding such accounts, including but not limited to PayPal or other merchant account providers, payment providers, or third party processors (collectively, "Account Holder"); and

IT IS FURTHER ORDERED that Account Holder shall immediately locate and restrain all accounts belonging to or controlled by such Defendant from transferring or disposing of any money, stocks or other of such Defendant's assets, not allowing such funds to be transferred or withdrawn by such Defendant and shall provide True Religion with the information relating to those websites and/or accounts; and

IT IS FURTHER ORDERED that after thirty (30) days following the service of this Permanent Injunction on such Defendant and Account Holder, Account Holder shall transfer all monies in the restrained accounts to True Religion, unless the Defendant has filed with the Court and served upon Plaintiffs' counsel a request that such monies be exempted from this Permanent Injunction; and

13

IT IS FURTHER ORDERED, that any Defendant may upon two (2) days' written notice to the Court and True Religion's counsel, upon proper showing, appear and move for the dissolution or modification of the provisions of this Permanent Injunction concerning the restriction upon transfer of such new monies or accounts belonging to or controlled by any Defendant; and

IT IS FURTHER ORDERED that in accordance with this Court's inherent equitable powers and its power to coerce compliance with its lawful orders, and due to Defendants' on-going proliferation of domain names for operation of their counterfeiting activities, in the event True Religion discovers any new domain names ("Newly-Detected Domains") registered or operated by any Defendant containing the TRUE RELIGION Marks or marks confusingly similar thereto and/or used in conjunction with the sale of Counterfeit Products, True Religion may move the Court for a supplemental order ("Supplemental Order") identifying the Newly-Detected Domains; and

IT IS FURTHER ORDERED that the domain name registries and/or the individual registrars holding and/or listing one or more of the Newly-Detected Domains, upon receiving notice of a Supplemental Order identifying Newly-Detected Domains, shall, within seven (7) days, temporarily disable any Newly-Detected Domains and make them inactive and untransferable; and

IT IS FURTHER ORDERED that after thirty (30) days following the service of such a Supplemental Order, the domain name registries and/or the individual registrars holding and/or listing one or more of the Newly-Detected Domains, shall, transfer the Newly-Detected Domains to the ownership and control of True Religion including, *inter alia*, by changing the registrar of record to the registrar of True Religion's choosing, unless the Defendant has filed with the Court and served upon True Religion's counsel a request that such Newly-Detected Domains be

exempted from this Permanent Injunction or unless True Religion requests that the domain name registration for specific domain names be deleted rather than transferred; and

IT IS FURTHER ORDERED, that any Defendant may upon two (2) days' written notice to the Court and the True Religion's counsel, upon proper showing, appear and move for the dissolution or modification of the provisions of this Permanent Injunction or Supplemental Order concerning the restriction upon transfer of such Newly-Detected Domains belonging to or controlled by any Defendant; and

IT IS FURTHER ORDERED that True Religion may continue to obtain discovery by providing actual notice, pursuant to subpoena or otherwise, of this Permanent Injunction to any of the following: (1) Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them; (2) any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, PayPal, or other merchant account providers, payment providers, third party processors, credit card associations (e.g., MasterCard and VISA), which receive payments or hold assets on Defendants' behalf; and (3) any third party service providers, including without limitation, ISPs, back-end service providers, web designers, sponsored search engine or ad-word providers, shippers, domain name registrars, or online third-party selling platforms who have provided services for Defendants (collectively "Third Party Service Providers"); and it is further

ORDERED, that any third party providing services in connection with any Defendant and/or Defendants' Infringing Web Sites, including without limitation, banks, merchant account providers including PayPal, and Third Party Service Providers shall within fourteen (14) days after receipt of such notice, provide copies of all documents and records in such person or entity's possession or control relating to:

15

(a)      The identities and addresses of Defendants, their agents, servants, employees, confederates, and any persons acting in concert or participation with them and the locations and identities of Defendants' operations, including without limitation, identifying information associated with Defendants' websites, Infringing Domain Names and financial accounts;

(b)      Defendants' Infringing Web Sites;

(c)      The Infringing Domain Names or any domain name registered by Defendants; and

(d)      Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, PayPal, Western Union, or other merchant account providers, payment providers, third party processors, credit card associations (e.g., MasterCard and VISA); and it is further

IT IS FURTHER ORDERED that the bond posted by True Religion is hereby released;

IT IS FINALLY ORDERED that this Court shall retain jurisdiction over the parties and the subject matter of this litigation for the purpose of interpretation and enforcement of this Default Judgment and Permanent Injunction Order.

This is a FINAL JUDGMENT.

SIGNED this ___ day of _____ 2012.


_____
THE HONORABLE HAROLD BAER, JR.

16

# **<u>EXHIBIT 1</u>**

| Infringing Websites |
|---|
| 2011truereligionoutlet.com |
| aaanbajersey.com |
| attruereligionband.com |
| bagsoutletss.com |
| bestkf.com |
| besttruereligionjeans.com |
| brandjeansonline.org |
| brandjeansonweb.com |
| brandjeanssupply.com |
| brandstribe.com |
| brand-truereligionjeans.com |
| brandtshirt.com |
| buyjeansonlinestore.com |
| buytruereligionjeans.net |
| buytruereligionjeans.us |
| cheapertruereligionjeans.com |
| cheapertruereligionjeans.net |
| cheapesttruereligion.com |
| cheapfashionjeans.com |
| cheapjeans4sales.com |
| cheapjeans-outlet.com |
| cheapjeanssale2.com |
| cheapjeanstruereligion.info |
| cheap-skys.com |
| cheaptrjeans.com |
| cheaptruereligion.co.uk |
| cheaptruereligion.us |
| cheaptruereligion8.com |
| cheaptrue-religionjeans.com |
| cheap-true-religion-jeans.com |
| cheaptruereligionjeans2.com |
| cheaptruereligionjeans2011.com |
| cheaptruereligionjeans2u.com |
| cheaptruereligionjeans7.com |
| cheaptruereligionjeansforsale.com |
| cheaptruereligionjeansforsale.net |
| cheaptruereligionjeansoutlet.com |
| cheap-truereligionjeansoutlet.com |

| |
|---|
| cheaptruereligionjeansoutlets.com |
| cheaptruereligionjeansoutlets.net |
| cheaptruereligionjeans-sale.com |
| cheaptruereligionjeanssale.net |
| cheaptruereligionjeanssale.net |
| cheaptruereligionjeanssale.org |
| cheap-truereligionoutlet.com |
| cheaptruereligion-outlet.com |
| cheap-true-religion-outlet.com |
| cheaptruereligionoutlets.com |
| cheaptruereligionshop.com |
| cheaptruereligionsjeans.info |
| cheapusajeans.com |
| cheerwholesale.com |
| clothingshelf.com |
| clothingshoes777.com |
| cyberdealing.com |
| discounttrjeans.com |
| discount-true-religion-jeans-online.com |
| dsquared2sale.net |
| dsquared2sales.com |
| eschoose.com |
| fadtruereligionjeans.com |
| faketruereligion.net |
| fangle-brands.com |
| fashionchoose.com |
| fashionjeanshop.com |
| fortruereligionjeans.com |
| franklinmarshalls.com |
| goeasyshop.com |
| gotradingzone.com |
| gucciclothingchina.com |
| hiclothing.com |
| hitruereligion.com |
| hotjeansell.com |
| hotruereligions.com |
| hotruereligionsjeans.com |
| ineedjeans.com |
| intruereligion.com |
| inttopbrand.com |

| |
|---|
| jeanscheapsale.org |
| jeansclassic.net |
| jeans-discount.org |
| jeansfake.org |
| jeansflare.com |
| jeansonlineoutlet.com |
| jeansonweb.com |
| jeansoutletnew.com |
| jeansstorecheap.com |
| jeans-true-religion.com |
| jeanstruereligioncheap.com |
| jeanstruereligionoutlet.com |
| jeans-true-religion-outlet.com |
| jeans-truereligions.com |
| jeans-true-religions.com |
| jeanswholesaler.org |
| jeanswholesaling.com |
| longfengtrade.com |
| moriver-trade.com |
| mycheaptruereligionjeans.com |
| myfashionjeans.com |
| newjeansoutlet.com |
| newtruereligionsale.com |
| nikecool.com |
| officialtruereligion.com |
| oursst.com |
| outeltruereligion.com |
| outeltruereligions.com |
| outlet-jeans.com |
| outletstruereligion.com |
| outlet-truereligion.com |
| pengfashionshoes.com |
| picktruereligionjeans.com |
| poeon.com |
| qiquwang.net |
| realtruereligionjeans.com |
| religionjeansuk.com |
| religionoutlets.com |
| salestruereligion.com |
| sale-truereligionjeans.org |

| |
|---|
| saletruereligionoutlet.com |
| saletruereligionsjeans.info |
| the9thstreet.com |
| thebestkf.com |
| thetruereligionjeansoutlet.us |
| tinrui.com |
| toptrjeans.com |
| toptruereligionjeans.com |
| toshoesa.com |
| trade88cn.com |
| tradehong.com |
| trademoment.com |
| tradeonworld.com |
| tradeoverworld.com |
| tradevoid.com |
| tradevoid.net |
| trjeansk.com |
| trjeans-online.com |
| trjeansonlineshop.com |
| truejeansreligionsale.com |
| truereligion1-jeans.com |
| truereligion2cheap.com |
| truereligion2sale.com |
| truereligion4outlet.com |
| truereligion4sale.com |
| truereligion4sales.info |
| truereligion4u.org |
| truereligionall.com |
| truereligionaustralia.info |
| truereligionbestjeans.com |
| truereligionbillig.net |
| truereligionbrand-jeans.com |
| truereligionbrand-jeans.org |
| truereligionbrandjeans-outlet.com |
| truereligionbrandjeansstore.com |
| truereligioncanada.info |
| truereligion-cheap.com |
| truereligion-clothing.com |
| truereligiondeutschland.org |
| truereligionee.com |

| |
|---|
| truereligiones.com |
| truereligionfactoryoutlet.net |
| truereligion-forsale.com |
| truereligionjean.org |
| truereligionjean4u.com |
| truereligionjean4u.net |
| truereligionjeancanada.info |
| truereligionjeanoutlet.com |
| truereligionjeanoutlet1.com |
| truereligionjeanoutlet1.com |
| truereligionjeanoutlet1.info |
| truereligionjeans.uk.net |
| truereligionjeans2011.info |
| truereligionjeans2sale.com |
| truereligionjeans4cheap.com |
| truereligionjeans4online.com |
| truereligionjeans4outlet.com |
| truereligionjeans4sale.com |
| truereligionjeans4u.net |
| truereligionjeans7.com |
| truereligionjeansales.com |
| truereligionjeansbox.com |
| truereligionjeanscheap.net |
| truereligionjeanscheap.org |
| truereligionjeanscheap.us |
| truereligionjeansdeal.com |
| truereligionjeansdiscounted.com |
| truereligionjeansforcheap.com |
| truereligionjeansmens.com |
| truereligionjeansnederland.com |
| truereligionjeansnew.com |
| truereligionjeansok.com |
| truereligionjeansonline.com |
| truereligionjeansoutlet.biz |
| truereligionjeans-outlet.cc |
| truereligionjeans-outlet.com |
| true-religion-jeans-outlet.com |
| truereligionjeans-outlet.info |
| truereligionjeansoutlet.us |
| truereligionjeansoutlet1.com |

| |
|---|
| truereligionjeansoutlet8.com |
| truereligionjeans-outlets1.info |
| truereligionjeanss.net |
| truereligionjeanssale.cc |
| truereligionjeanssales.com |
| truereligionjeanssell.net |
| truereligionjeansuk.com |
| truereligionjeansus.net |
| truereligionjeansusa.us |
| truereligionjeansweb.com |
| truereligionjeanswholesale.org |
| truereligionjians.com |
| truereligionlike.com |
| truereligionmenjean.com |
| truereligionofficial.net |
| truereligiononlinesale.com |
| truereligiononsale.net |
| truereligiononsalejeans.com |
| truereligionoutlet.cc |
| truereligion-outlet.cc |
| truereligionoutlet.info |
| truereligionoutlet.net |
| truereligion-outlet.net |
| truereligionoutlet.us |
| truereligionoutlet2011.com |
| truereligionoutlet3.com |
| truereligionoutlet4sale.com |
| truereligionoutlet4u.net |
| truereligionoutlet7.com |
| truereligionoutlet8.com |
| true-religion-outlet-ca-no1.info |
| truereligionoutletes.com |
| truereligionoutletforcheap.com |
| truereligionoutletjeans.cc |
| truereligionoutletjeans.info |
| truereligion-outletjeans.info |
| truereligionoutlet-jeans.info |
| true-religion-outlet-jeans.info |
| truereligionoutletjeans-new.info |
| truereligionoutletmall.com |

| |
|---|
| truereligionoutlet-online.com |
| truereligionoutletonline.net |
| truereligionoutlet-sale.com |
| truereligionoutletsale.info |
| truereligionoutlet-sale.info |
| truereligionoutlet-sales.info |
| truereligionoutlet-stores.com |
| truereligionoutletsusa.com |
| truereligionoutletusa.com |
| truereligionsale.co.uk |
| truereligionsale7.com |
| truereligionsaleonline.com |
| truereligionsaleoutlet.com |
| truereligionsales.org |
| truereligionsalestore.com |
| truereligionsalesuk.com |
| truereligionsbrandjeans.net |
| truereligionscheap.com |
| truereligionseries.com |
| truereligionseries.net |
| true-religion-shorts.com |
| true-religions-jean.com |
| truereligionsjeancheap.com |
| truereligionsjeancheap.info |
| truereligionsjeans.info |
| truereligionsjeans4sale.com |
| truereligionsjeansale.com |
| truereligionsjeansoutlet.com |
| truereligionsoutlets2011.net |
| truereligionstore.net |
| truereligionstore.us |
| truereligiontrade.net |
| truereligiontrofficial.com |
| truereligion-uk.co.uk |
| truereligionukjeans.com |
| truereligionzone.com |
| uktruereligion.com |
| uktruereligionbrandjeans.com |
| ulstyle.com |
| usa-jeans.com |

| |
|---|
| v9mall.com |
| viptruereligion.com |
| wiwitrade.com |
| world203.com |