UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RELIGION APPAREL, INC.; GURU DENIM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> XIAOKANG LEI D/B/A TRUERELIGIONJEANS4OUTLET.COM; LIN JIANYU D/B/A TRUERELIGIONJEANSOUTLET8.COM; ZHAO YANG QU D/B/A TRUERELIGION2CHEAP.COM; RONGLIAN LU D/B/A TOPTRJEANS.COM; FORTRUERELIGIONJEANS.COM D/B/A FASHIONJEANSHOP@GMAIL.COM; XIN JIE KOU D/B/A TRUERELIGIONSALE.CO.UK; JIAQIAO LV D/B/A TRUERELIGION2CHEAP.COM; ZHAO YANG QU D/B/A TRUERELIGION2CHEAP.COM; WANGMING D/B/A JEANSWHOLESALING.COM; SERVICE@TRUERELIGIONLIKE.COM D/B/A OBCS001@HOTMAIL.COM D/B/A TRUERELIGIONLIKE.COM; CHEAPERTRUERELIGIONJEANS.NET D/B/A JACKROSEGATES@GMAIL.COM; XIAOYU CHEN D/B/A SH12345602@HOTMAIL.COM D/B/A CHEAPTRUERELIGIONJEANSOUTLETS.COM; LUCY KING D/B/A LUCYKING88@YAHOO.COM D/B/A MYFASHIONJEANS.COM; TOM SMITH D/B/A KICKSONFOOT@GMAIL.COM D/B/A BUYTRUERELIGIONJEANS.NET D/B/A QIQUWANG.NET; QIN KE D/B/A CHEAPTRUERELIGIONJEANSSALE@HOTMAIL.COM D/B/A MRSHUANG123@HOTMAIL.COM; TAN JUN D/B/A WORLD203@HOTMAIL.COM D/B/A BTWGOLD4@HOTMAIL.COM; JINGSHUN HUANG D/B/A HAOTIAN INTERNATIONAL INDUSTRIAL CO., LTD. D/B/A NIKECOOL.COM; CHEN JINSHAN D/B/A HONG KONG TIMES SQUARE TRADING CO., LTD. D/B/A V9MAIL.COM; CHEN ZHIFENG D/B/A ZHIF_CHEN@163.COM D/B/A HONG KONG JAVON TRADE LTD. D/B/A TINRUI.COM; LI FENGNIAN D/B/A FENG08183@SOHU.COM D/B/A CHEAP SKYS CO. LTD. D/B/A CHEAP-SKYS.COM; SHOES-GOOGLE CO., LTD. D/B/A GOTRADINGZONE.COM D/B/A GOTRADINGZONE@HOTMAIL.COM; GUOFANG XIAO D/B/A EMAIL598269039@QQ.COM D/B/A TONGHE TRADE CO., LTD. D/B/A THE9THSTREET.COM; BRANDSTRIBE CO., LTD. D/B/A BRANDSTRIBE.COM D/B/A ALICEWENNE@HOTMAIL.COM | Case No. 11-Civ-8242 (HB) <br><br> **AFFIDAVIT OF SERVICE** |

D/B/A SALES@BRANDSTRIBE.COM D/B/A BRANDSTRIBE@HOTMAIL.COM D/B/A BRANDSTRIBEINFO@YAHOO.COM; XUBEICHAO D/B/A TRADEMEMOMENT CO. LTD. D/B/A TRADEMOMENT.COM; YEMAO D/B/A SHUNYUAN INTERNATIONAL EXPORT CO. D/B/A TRADE88N.COM D/B/A TRADE88CN@HOTMAIL.COM; WANG FOYUN D/B/A FASHIONCHOOSE TRADE CO., LTD. D/B/A FASHIONCHOOSE.COM D/B/A WYZSHOES@HOTMAIL.COM; WWW.BESTKF.COM D/B/A WZJ886@LIVE.CN D/B/A WUQIUPING2004@163.CN; CHENZHONG D/B/A FASHION TRADING COMPANY D/B/A FASHION2011STORE.COM D/B/A ZOU1973@HOTMAIL.COM; ALLEN IEE D/B/A CHEER TRADE COMPANY D/B/A CHEERWHOLESALE.COM; LIN HAO D/B/A HONG KONG FAIRY INTERNATIONAL, LTD. D/B/A MORIVER-TRADE.COM D/B/A MOONRIVER-TRADE@HOTMAIL.COM; XIAO XU D/B/A TRADEVOID SHOES TRADING CO., LTD. D/B/A TRADEVOID.COM; HUANG JINFENG D/B/A HAPPY SPORTS INDUSTRY CO., LTD. D/B/A PENGFASHIONSHOES.COM; WEI JIANGGUANG D/B/A CHINARG002@126.COM D/B/A LONGFENG INDUSTRY CO., LTD. D/B/A LONGFENGTRADE.COM; XIAOFANG NI D/B/A WIWI TRADE CO., LTD. D/B/A WIWITRADE.COM D/B/A WIWITRADE@HOTMAIL.COM; CHEN ZIU SONG D/B/A LRGJEANS008@HOTMAIL.COM D/B/A JERSEY TRADE CO. LTD. D/B/A AAANBAJERSEY.COM; HONEST99896 D/B/A DAJIAHAO662009@HOTMAIL.COM; FERSHOUHELLO D/B/A XUHUAN0123@YAHOO.COM.CN; ZHAOMIN8898 D/B/A ZHAOMIN82@YAHOO.COM; TUNIAN1 D/B/A 402590112@QQ.COM; LINA669925 D/B/A YANGYINGHUI0123@YAHOO.COM.CN; TRUEYES85 D/B/A LYGANG2010@YAHOO.COM.CN; TRUERELIGIONJEANSFORCHEAP.COM D/B/A TRUERELIGIONCHEAPCOM@GMAIL.COM; TRUERELIGIONJEANOUTLET1.COM D/B/A XIAOLUAAAA@126.COM; ZHANG LI D/B/A TRUERELIGIONJEANSDISCOUNTED.COM; XIAXINZHEN D/B/A ULSTYLE.COM; YITAO TRADING CO., LTD. D/B/A CHEAPTRUERELIGIONJEANSFORSALE.NET; WANG ZHONG D/B/A/ CLOTHINGSHOES777.COM; USA-JEANS.COM D/B/A NFLTM@HOTMAIL.COM; TRUERELIGION1-JEANS.COM D/B/A JDIFUWR3434@GMAIL.COM; LU REN JIA D/B/A BESTTRUERELIGIONJEANS.COM; ANDY HUANG D/B/A BRANDTSHIRT.COM; SHOUDAO DU D/B/A FAKETRUERELIGION.NET; TRUERELIGIONES.COM D/B/A ANDY51988@VIP.163.COM; ZHANG MINGMING D/B/A

TRUERELIGIONOUTLET.INFO; LIN LIN D/B/A SALE-TRUERELIGIONJEANS.ORG; CHEAPTRUERELIGION.US D/B/A CHEAPTRUERELIGION@126.COM; KE XIANHONG D/B/A POEON.COM; SAN ZHANG D/B/A BUYTRUERELIGIONJEANS.US; CGLILII D/B/A TRJEANSK.COM; TOM BONO D/B/A DSQUARED2SALE.NET; PERRY WILLIS D/B/A DSQUARED2SALES.COM; ZHOU BING D/B/A ATTRUERELIGIONBRAND.COM; OUTELTRUERELIGION.COM D/B/A OUTLETTRUERELIGION@GMAIL.COM; ZHANG FENG D/B/A TRUERELIGIONOUTLET-JEANS.INFO; ZHANG XIAO HAI D/B/A HOTJEANSELL.COM; JIANFENG LIN D/B/A TRUERELIGIONTROFFICIAL.COM; LINGUOQING D/B/A TRUERELIGIONJEANSWEB.COM; ZHENG RUISHAN D/B/A TRUERELIGIONOUTLETFORCHEAP.COM; LIN ZHEN D/B/A JEANSCLASSIC.NET; WU XIA D/B/A TRUEJEANSRELIGIONSALE.COM; CHENG LIN D/B/A TRUERELIGIONOUTLETONLINE.NET; TRUERELIGIONSERIES.NET D/B/A 43388@GMAIL.COM; CHEN JIANHUI D/B/A BRANDJEANSSUPPLY.COM; CHEAPJEANS4SALES.COM D/B/A SERVICE@JEANSOUTLET.COM; PICKTRUERELIGIONJEANS.COM D/B/A SALE@TRUERELIGIONJEANSCHEAP.NET; WEI ZHI D/B/A RELIGIONJEANSUK.COM; TRUERELIGIONAUSTRALIA.INFO D/B/A AIRMAXSHOESFRANCE@HOTMAIL.COM; AMIR ASYRAF D/B/A TRUERELIGIONJEANSDEAL.COM; LIYUAN D/B/A THETRUERELIGIONJEANSOUTLET.US; ALICIA DAVID D/B/A TRUERELIGIONJEANS4CHEAP.COM; CHAMP QUEEN D/B/A TRUERELIGIONJEANSALES.COM; DONTE SKEHAN D/B/A TRUERELIGIONJEANS7.COM; LI DUODUO D/B/A TRUERELIGIONSTORE.US; ZHOU KAI D/B/A JEANS-TRUE-RELIGION-OUTLET.COM; LIWENYANG D/B/A TRJEANSONLINESHOP.COM; MIKE TOM D/B/A TRUE-RELIGION-OUTLET-JEANS.INFO; LIU QING D/B/A TRUERELIGIONSALESTORE.COM; TRUERELIGIONJEANCANADA.INFO D/B/A RELIABLEVIPSERVICE@GMAIL.COM; ZHENCHENG CHEN D/B/A INTRUERELIGION.COM; HALY DENG D/B/A CHEAPTRUERELIGIONSHOP.COM; ZHENG SNOW D/B/A JEANSFAKE.ORG; LUIGI FULK D/B/A TRUERELIGIONJEANSOK.COM; ZHIYONG YANG D/B/A TRUERELIGIONOUTLETES.COM; LIU JIUCHUAN D/B/A TRUERELIGION-OUTLET.NET; GAO JIANGUO D/B/A OUTLET-TRUERELIGION.COM; LIN YANG D/B/A

| |
|---|
| TRUERELIGIONJIANS.COM; SIXI ZHOU D/B/A TRADEHONG.COM; LIN HUI D/B/A CHEAPUSAJEANS.COM; JUNJUN CHEN D/B/A GUCCICLOTHINGCHINA.COM; ZENG WEI D/B/A CLOTHINGSHELF.COM; ZHIFENG LIANG D/B/A FANGLE-BRANDS.COM; ZHOU GUOJUN D/B/A TRUERELIGIONZONE.COM; CHEN HAO D/B/A CHEAPJEANS-OUTLET.COM; MIKE JORDAN D/B/A TRUERELIGIONJEANOUTLET.COM; LUYIQI LTD D/B/A CHEAPTRUERELIGIONJEANSFORSALE.COM; ZHANG MILLER D/B/A CHEAPESTTRUERELIGION.COM; XYZ COMPANIES, AND JOHN AND JANE DOES, |

Defendants.

I, JACQUELINE C. GRANT, being sworn, says:

1. I am over 18 years of age, am not a party to the action and my business address is 200 Park Avenue, New York, New York 10166.

2. On the 5th day of March, 2012, the within Order to Show Cause; Plaintiffs' Application for a Default Judgment and Permanent Injunction Order; Memorandum of Law In Support of Plaintiffs' Application for a Default Judgment and Permanent Injunction Order; Motion to Exceed Page Limit for Plaintiffs' Memorandum of Law In Support of Plaintiffs' Application for a Default Judgment and Permanent Injunction Order; Affidavit of Daniel J. Navarro In Support of Plaintiffs' Application for a Default Judgment and Permanent Injunction Order; Declaration of Mathew Hewlett In Support of Plaintiffs' Application for a Default Judgment and Permanent Injunction Order; and Proposed Default Judgment and Permanent Injunction Order were served on Defendants, as ordered by this Court, by registered electronic mail to the following e-mail addresses:

| |
|---|
| 1025624133@qq.com |
| 1082852444@qq.com |

| |
|---|
| 1206745700@pp.com |
| 13091382@qq.com |
| 1554253616@qq.com |
| 1582577@qq.com |
| 173916647@qq.com |
| 21ctradesale1@gmail.com |
| 250028262@qq.com |
| 262001558@qq.com |
| 271305515@qq.com |
| 304604350@qq.com |
| 383068823@qq.com |
| 402590112@qq.com |
| 402660558@qq.com |
| 404898547@qq.com |
| 421567127@qq.com |
| 43388@gmail.com |
| 505175638@qq.com |
| 537553944@qq.com |
| 598269039@qq.com |
| 648737067@qq.com |
| 718358848@qq.com |
| 7801150024@qq.com |
| 819486758@qq.com |
| 928415@qq.com |
| 99899842@qq.com |
| aaanbajersey@hotmail.com |
| aaanbajersey@yahoo.com.cn |
| abcbuysell@hotmail.com |
| absorb106@gmail.com |
| airmaxshoesfrance@hotmail.com |
| alicewenne@hotmail.com |
| andear.pt@hotmail.com |
| andy51988@vip.163.com |
| asap.wang22@gmail.com |
| bel.espritor@gmail.com |
| black.hubbard@gmail.com |
| brandstribe.com@protecteddomainservices.com |
| brandstribe@hotmail.com |
| brandstribeinfo@yahoo.com |

| |
|---|
| brandtruereligionjeans@hotmail.com |
| btwgold4@hotmail.com |
| ca10010cn@hotmail.com |
| chczhen@aol.com |
| CHEAPJEANS4SALES.COM@domainsbyproxy.com |
| cheapskys@hotmail.com |
| cheaptruereligion@126.com |
| cheaptruereligionjeanssale@hotmail.com |
| cheaptruereligionoutlests@gmail.com |
| cheaptruereligionoutlet@gmail.com |
| cheer_001@hotmail.com |
| cheerfred@hotmail.com |
| chenggong88866@yahoo.com.cn |
| chenhao770880@gmail.com |
| chenjunjun8@yahoo.com.cn |
| chinarg002@126.com |
| chinasneakers@gmail.com |
| chioutlet@hotmail.com |
| choihashop2@hotmail.com |
| cnhornets@yahoo.com |
| comaupeter@gmail.com |
| ctownbaby@comcast.net |
| dajiahao662009@hotmail.com |
| dong04103403@sina.com |
| dradina@mac.com |
| efashiontrade@gmail.com |
| egg@li.vc |
| etangtrade_ceo@msn.com |
| e-trade1988@hotmail.com |
| excellentsale2@gmail.com |
| fashionjeanshop@gmail.com |
| fashions1122@hotmail.com |
| fashionshop2010@hotmail.com |
| feng08183@sohu.com |
| fengnianly@sohu.com |
| fireinter@163.com |
| fteamsupport@hotmail.com |
| fuertai@hotmail.com |
| goodyoulianservice@gmail.com |

| |
|---|
| gotradingzone@hotmail.com |
| gouzhu66@gmail.com |
| guang168ying@hotmail.com |
| hepinsports2010@yahoo.cn |
| hottruereligions2011@gmail.com |
| info@clothingshelf.com |
| ipayebagi@163.com |
| jackrosegates@gmail.com |
| jask18@163.com |
| javon_trade@hotmail.com |
| jdifuwr3434@gmail.com |
| jeansfakeservice@gmail.com |
| jeanstruereligion@gmail.com |
| jeanstruereligioncheap@gmail.com |
| jeanstruereligionoutlet@hotmail.com |
| jeanstruereligionoutlet2011@gmail.com |
| julysmth03@gmail.com |
| justpay@hotmail.com |
| kaka368@163.com |
| kandyCarroll@hotmail.com |
| kellylin55@hotmail.com |
| kicksonfoot@gmail.com |
| kicksonfoots@gmail.com |
| lan_1802@163.com |
| lgw008@126.com |
| lkshmilyhy@163.com |
| longbiztrade@hotmail.com |
| louisvuitton.sale@hotmail.com |
| lrgjeans008@hotmail.com |
| lucktrade09@hotmail.com |
| lucyking88@yahoo.com |
| lygang2010@yahoo.com.cn |
| marry-gan@hotmail.com |
| mmotrading@yahoo.cn |
| moonriver-trade@hotmail.com |
| mrscheng123@hotmail.com |
| mrshuang123@hotmail.com |
| needapairshoe@gmail.com |
| nfltm@hotmail.com |

| |
|---|
| nikecool@live.com |
| obcs001@hotmail.com |
| ocp8@vip.qq.com |
| okbuynow2011@hotmail.com |
| Omaryorb9yu2@yahoo.com |
| order@trademoment.com |
| outletjean@gmail.com |
| outlettruereligion@gmail.com |
| papo168@163.com |
| papo168@hotmail.com |
| papy168@hotmail.com |
| payorder.mr@gmail.com |
| pgm-1@hotmail.com |
| phpmailshell@gmail.com |
| pphuili@163.com |
| presswiki@hotmail.com |
| pt123@126.com |
| reliablevipservice@gmail.com |
| ritachang1980@hotmail.com |
| root@intruereligion.com |
| sabadoeidlsq@hotmail.com |
| sale@truereligionbrand-jeans.org |
| sale@truereligioncheap.org |
| sale@truereligionjeanscheap.net |
| sale@truereligionoutlet.us |
| Sale@truereligionoutlet7.com |
| sale@truereligionsalejeans.com |
| sales@brandstribe.com |
| sales@cheerwholesale.com |
| sales@fangle-brands.com |
| sales@truereligionbrand-jeans.com |
| sales@truereligionjeans7.com |
| sales@truereligionjians.com |
| sales@truereligionsale.co.uk |
| sales@truereligionsales.co.uk |
| sales@truereligion-uk.co.uk |
| sampanyard@hotmail.com |
| sanbokeyes@yahoo.com |
| sarah@psunions.com |

| |
|---|
| sarah_trading@live.com |
| sddk334@vip.263.com |
| sellersalessmith@gmail.com |
| service@cheapesttruereligion.com |
| service@hotsaletruereligion.com |
| service@jeansoutlet.com |
| service@mail.tradehong.com |
| service@myfashionjeans.com |
| service@mytruereligionjeansoutlet.com |
| service@myvoguejeans.com |
| service@outletstruereligion.com |
| service@salestruereligion.com |
| service@truereligionjeansdeal.com |
| service@truereligionlike.com |
| service@truereligionsaleonline.com |
| sh12345602@hotmail.com |
| shawuren@126.com |
| shenfengmei988@yahoo.com.cn |
| shtanjuunno1@163.com |
| smart127@hotmail.com |
| stephanyu28qz2@hotmail.com |
| steven_therry@163.com |
| storezhs@hotmail.com |
| supratksociety.us@gmail.com |
| supratksocity.us@gmail.com |
| thronelin@hotmail.com |
| time@weez.cn |
| tinrui_tradekey@hotmail.com |
| tombrady00265@yahoo.com |
| tomgift67@yahoo.com |
| toptrjeans@hotmail.com |
| toptruereligionjeans@hotmail.com |
| trade2youlink@gmail.com |
| trade369@gmail.com |
| trade369@hotmail.com |
| trade88cn@hotmail.com |
| trademaster101@hotmail.com |
| tradevoid@hotmail.com |
| tradevoid@yahoo.com.cn |

| |
|---|
| trjeansk@hotmail.com |
| truereligionclothes@gmail.com |
| truereligionjeanofficial@gmail.com |
| truereligionjeanoutlet@gmail.com |
| truereligionjeans4cehap@hotmail.com |
| trueReligionjeans7@hotmail.com |
| truereligionjeansales@hotmail.com |
| truereligionjeansales@live.com |
| truereligionjeanservice@hotmail.com |
| truereligionjeansforcheap@hotmail.com |
| truereligionjeansoutlet@gmail.com |
| truereligionjeansoutlet1@gmail.com |
| truereligionjeansservice@gmail.com |
| truereligiononsale@hotmail.com |
| truereligionoutlet2011@gmail.com |
| truereligionoutletsusa@gmail.com |
| truereligionscheap@gmail.com |
| truereligionservice2011@hotmail.com |
| truereligionsjeancheap@gmail.com |
| uggbootdiscount@hotmail.com |
| usrocs@hotmail.com |
| uuutime@hotmail.com |
| V9mall@hotmail.com |
| vikthegoddess@hotmail.co.uk |
| vip.managerservice@gmail.com |
| wangmeixiang86@yahoo.com.cn |
| wf242@163.com |
| wholesaledaily@gmail.com |
| wiwitrade@gmail.com |
| wiwitrade@hotmail.com |
| world203@hotmail.com |
| wrsns@msn.com |
| wuqiuping2004@163.cn |
| wxiaomian@hotmail.com |
| wyzshoes@hotmail.com |
| wzj886@live.cn |
| xiaohai@163.com |
| xiaoluaaaa@126.com |
| xiaxinzhen@126.com |

| |
|---|
| xuhuan0123@yahoo.com.cn |
| XylonDamek@hotmail.com |
| yangyinghui0123@yahoo.com.cn |
| ynyfan@aol.com |
| youliansale2@gmail.com |
| youliantrade2@gmail.com |
| youlinkfavourite@gmail.com |
| yourspayment@yahoo.com |
| ywp121212@163.com |
| zencart2011@gmail.com |
| zhangshunjin2011@hotmail.com |
| zhaolixia@yahoo.com.cn |
| zhaomin82@yahoo.com |
| zhen_lin@yahoo.com.cn |
| zhenxinhuang@hotmail.com |
| zhif_chen@163.com |
| zhnzlin@aol.com |
| zhousixi@gmail.com |
| zhzrong@aol.com |
| zou1973@hotmail.com |
| zterry101@gmail.com |

3.   I certify under penalty of perjury that the foregoing is true and correct.

_____
Jacqueline C. Grant

Sworn to before me this
6th day of March, 2012

_____
Notary Public

MYRA BACHMANN
NOTARY PUBLIC, State of New York
No. 03-4700387
Qualified in Bronx County
Commission Expires August 31, 20 13

11